**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jamal M. Wilson** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number
(if known) _____

☐ Check if this is an amended filing

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders       12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
**American Express**
PO Box 297871
Fort Lauderdale, FL 33329

What is the nature of the claim?  credit card purchases   $10,543.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:                                 -
Unsecured claim

Contact
Contact phone

**2**
**Apple Card**
Lockbox 6112
PO Box 7247
Philadelphia, PA 19170

What is the nature of the claim?  credit card purchases   $27,314.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:                                 -

Contact

Debtor 1   Jamal M. Wilson                           Case number *(if known)* _____

Contact phone                              Unsecured claim

---

**3**

**Barclays Master Card**
**Card Services**
**PO Box 8801**
**Wilmington, DE 19899-8801**

What is the nature of the claim?   credit card purchases   $26,645.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security:   -
  Unsecured claim

Contact
Contact phone

---

**4**

**Capital One**
**PO Box 31293**
**Salt Lake City, UT 84131**

What is the nature of the claim?      $4,267.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security:   -
  Unsecured claim

Contact
Contact phone

---

**5**

**CB Hospitality Ventures, LLC**
**11510 Joshuas Bend Dr.**
**Tampa, FL 33612**

What is the nature of the claim?   personal guaranty   $0.00

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security:   -
  Unsecured claim

Contact
Contact phone

---

**6**

**City National Bank**
**100 S.E. 2nd St., 13th Floor**
**Miami, FL 33131**

What is the nature of the claim?   personal guarnty   $1,250,000.00

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Debtor 1   Jamal M. Wilson   Case number *(if known)*

Contact
Contact phone

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:   -
Unsecured claim

**7**

**Cobalt Funding Solutions**
**99 Wall St., #3618**
**New York, NY 10005**

What is the nature of the claim?   personal guaranty   $150,000.00

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Contact
Contact phone

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:   -
Unsecured claim

**8**

**Florida Dept of Revenue**
**Attn: Executive Director**
**5050 W. Tennessee Street**
**Tallahassee, FL 32399**

What is the nature of the claim?   Unknown

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Contact
Contact phone

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:   -
Unsecured claim

**9**

**JPMCB Auto**
**PO Box 901003**
**Fort Worth, TX 76101**

What is the nature of the claim?   vehicle lease   $12,987.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Contact
Contact phone

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:   -
Unsecured claim

**10**

What is the nature of the claim?   credit card purchases   $9,297.00

Debtor 1   **Jamal M. Wilson**                           Case number *(if known)*

**LVNV Funding LLC**
**PO Box 1269**
**Greenville, SC 29602**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                -
   Unsecured claim

Contact
Contact phone

---

**11**   **LVNV Funding LLC**
**PO Box 1269**
**Greenville, SC 29602**

What is the nature of the claim?   credit card purchases   $2,296.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                -
   Unsecured claim

Contact
Contact phone

---

**12**

**Midtown Tampa Retail, LLC**
**3615 Bromley Grand Ave.**
**Ste. 240**
**Tampa, FL 33607**

What is the nature of the claim?   promissory note relating to lease termination agreement of The Hall at Midtown, LLC   $125,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                -
   Unsecured claim

Contact
Contact phone

---

**13**   **Modulo, LLC**
**2405 E. 8th Ave.**
**Tampa, FL 33605**

What is the nature of the claim?   personal guaranty   $65,000.00

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Debtor 1    Jamal M. Wilson    Case number *(if known)*

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                     -
   Unsecured claim

---

**14**

**Mohela**
**633 Spirit Drive**
**Chesterfield, MO 63005**

What is the nature of the claim?    student loan    $23,914.80

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                     -
   Unsecured claim

---

**15**

**Premium Merchant Funding**
**55 Water Street, Floor 50**
**New York, NY 10004**

What is the nature of the claim?    personal guaranty    $50,000.00

As of the date you file, the claim is: Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                     -
   Unsecured claim

---

**16**

**Sysco Central Florida**
**1390 Enclave Parkway**
**Houston, TX 77077-2099**

What is the nature of the claim?    personal guaranty    $17,647.76

As of the date you file, the claim is: Check all that apply
☒ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                     -
   Unsecured claim

---

**17**

**TimePayment Corp.**
**1600 District Ave., Ste. 20**

What is the nature of the claim?                        $354.00

---

Debtor 1   **Jamal M. Wilson**                         Case number *(if known)*

**Burlington, MA 01803**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:   -
  - Unsecured claim

_____ Contact
_____ Contact phone

---

**18**

**Vivian Capital Group, LLC**
**486 Market Street**
**Newark, NJ 07105**

**What is the nature of the claim?**   personal guaranty   $150,000.00

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:   -
  - Unsecured claim

_____ Contact
_____ Contact phone

---

**19**

**Wayfair Mastercard**
**Comenity Bank**
**PO Box 182273**
**Columbus, OH 43218-2273**

**What is the nature of the claim?**   credit card purchases   $9,038.20

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:   -
  - Unsecured claim

_____ Contact
_____ Contact phone

---

**20**

**Zahav Asset Mgmt, LLC**
**234 Cedarhurst Ave. Apt 21B**
**Cedarhurst, NY 11516**

**What is the nature of the claim?**   personal guaranty   $97,000.00

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)

_____ Contact

Debtor 1  Jamal M. Wilson   Case number *(if known)* _____

_____   Value of security: _____
Contact phone   Unsecured claim

## Part 2: Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _(signed)_ Jamal M. Wilson   X _____
Signature of Debtor 1   Signature of Debtor 2

Date  March 27, 2023   Date _____