ORDERED.

Dated:  October 05, 2023

*Catherine McEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  
　　　　　　　　　　　　　　　　　　　　　　Case No.: 8:23-bk-01159-CPM
　　　　　　　　　　　　　　　　　　　　　　Chapter 11, Subchapter V
JAMAL M. WILSON,

　　　　Debtor.
_____/

**ORDER GRANTING DEBTOR'S MOTION FOR ORDER AUTHORIZING
REAFFIRMATION OF GUARANTY AND APPROVING SETTLEMENT
AND PLAN SUPPORT AGREEMENT WITH IVANHOE PLACE PROPCO, LLC**
(Doc. No. 92)

**THIS CASE** came before the Court for consideration upon the *Debtor's Motion for Order Authorizing Reaffirmation of Guaranty and Approving Settlement and Plan Support Agreement with Ivanhoe Place Propco, LLC* (Doc. No. 92) (the "**Motion**")[1] filed by Jamal M. Wilson (the "**Debtor**").  Through the Motion, the Debtor seeks the entry of an order (i) authorizing the reaffirmation of his personal guaranty of the obligations of The Hall at the Yard, LLC ("**HATY**") under the lease with Ivanhoe Place Propco, LLC ("**Ivanhoe**" or the "**Landlord**"

---

[1] All capitalized terms not specifically defined in this Order shall have the meaning ascribed to them in the Motion.

and, together with the Debtor, the "**Parties**") and (ii) approving the settlement and plan support agreement (the "**Plan Support Agreement**") with Ivanhoe, which is attached as Exhibit "A" to the Motion. The Court having considered the Motion, together with the record, finds that it is appropriate to enter an order granting the relief requested by the Motion. Accordingly, it is

**ORDERED:**

1. The Motion is **GRANTED**.

2. The Debtor hereby reaffirms his guaranty of HATY's obligations under the Lease with Ivanhoe, effective immediately. The Debtor's reaffirmation of his guaranty obligations will constitute a post-petition obligation of the Debtor and Ivanhoe may enforce its rights and remedies under the guaranty in the event of a default under the lease or the HATY plan, as it relates to the lease without seeking or obtaining further relief from the Court.

3. The terms of the settlement and Plan Support Agreement are hereby approved, and the Debtor is authorized to enter into the Plan Support Agreement.

4. The Court retains jurisdiction to enforce the terms of this Order, including but not limited to any disputes regarding the Plan Support Agreement.

Attorney Kathleen L. DiSanto is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within 3 days of entry of the order.