**Fill in this information to identify the case:**

Debtor Name  Jamal M. Wilson

United States Bankruptcy Court for the:  Middle District of Florida

Case number:  8:23-bk-01159-CPM

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11      12/17

Month:   December 1-31, 2023

Date report filed:   02/02/2024
MM / DD / YYYY

Line of business:   restaurant/hospitality

NAISC code:   _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:

Original signature of responsible party   Jamal M. Wilson

Printed name of responsible party   Jamal M. Wilson

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Jamal M. Wilson

Case number  8:23-bk-01159-CPM

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$    102.41

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$    12,927.05

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $    10,544.99

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $    2,382.06

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $    2,484.47

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$    11,420.00

*(Exhibit E)*

Debtor Name  Jamal M. Wilson

Case number  8:23-bk-01159-CPM

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                          $ _____0.00_____

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?          _____0_____

27. What is the number of employees as of the date of this monthly report?   _____0_____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _____0.00_____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?          $ _____0.00_____

30. How much have you paid this month in other professional fees?          $ _____0.00_____

31. How much have you paid in total other professional fees since filing the case?          $ _____0.00_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 17,512.39 | − | $ 12,927.05 | = | $ 4,585.34 |
| 33. **Cash disbursements** | $ 23,292.00 | − | $ 10,544.99 | = | $ 12,747.01 |
| 34. **Net cash flow** | $ -5,779.61 | − | $ 2,382.06 | = | $ 8,161.67 |

35. Total projected cash receipts for the next month:          $ 17,512.39

36. Total projected cash disbursements for the next month:          - $ 23,292.00

37. Total projected net cash flow for the next month:          = $ -5,779.61

Debtor Name  Jamal M. Wilson

Case number  8:23-bk-01159-CPM

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

# EXHIBIT
# "A"

**In re: Jamal M. Wilson**
**Case No. 8:23-bk-01159-CPM**

<u>Section 1 – Questionnaire</u>

3. Have you paid all of your bills on time?

The Debtor has not paid the postpetition lease payments for his vehicle and has negotiated adequate protection agreements with U.S. Bank, the first mortgage holder on the Miami Avenue property, but payments were returned. The Debtor is in communication with counsel for U.S. Bank and is prepared to make the adequate protection payments upon receiving payment instructions to ensure receipt and proper crediting of the adequate protection payments. The Debtor intends to surrender his homestead property and is not current on that obligation.

# EXHIBIT
# "E"

**In re: Jamal M. Wilson**
**Case No. 8:23-bk-01159-CPM**
**Exhibit E: Unpaid Bills**

| Date | Creditor | Purpose of Debt | Amount |
|---|---|---|---|
| 4/1/2023 | Chase | vehicle lease | 1,425.00 |
| 5/1/2023 | Chase | vehicle lease | 1,425.00 |
| 6/1/2023 | Chase | vehicle lease | 1,425.00 |
| 7/1/2023 | Chase | vehicle lease | 1,425.00 |
| 8/1/2023 | Chase | vehicle lease | 1,425.00 |
| 9/1/2023 | Chase | vehicle lease | 1,425.00 |
| 10/1/2023 | Chase | vehicle lease | 1,435.00 |
| 11/1/2023 | Chase | vehicle lease | 1,435.00 |
| | | | 11,420.00 |



**CHASE** ◆

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 14, 2023 through December 13, 2023

Account Number: ▋▋▋▋2360



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00042810 DRE 021 141 34823 NNNNNNNNNNN T 1 000000000 09 0000

JAMAL M WILSON
DEBTOR IN POSSESSION CASE # 23-01159
13518 WESTSHIRE DR
TAMPA FL 33618-2500

## CHECKING SUMMARY    Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$9,179.16** |
| Deposits and Additions | 17,894.27 |
| ATM & Debit Card Withdrawals | -7,244.26 |
| Electronic Withdrawals | -18,451.49 |
| Fees | -90.00 |
| **Ending Balance** | **$1,287.68** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $9,179.16 |
| 11/14 | Card Purchase          11/13 Pizza Hut 004665 Https://lpcha FL Card 6147 | -32.96 | 9,146.20 |
| 11/14 | Card Purchase          11/14 Uber   Eats Help.Uber.Com CA Card 6147 | -32.46 | 9,113.74 |
| 11/14 | Recurring Card Purchase 11/14 Hulu 877-8244858 CA Hulu.Com/Bill CA Card 6147 | -5.67 | 9,108.07 |
| 11/15 | Card Purchase          11/15 Uber   Eats Help.Uber.Com CA Card 6147 | -17.28 | 9,090.79 |
| 11/15 | Card Purchase          11/15 Uber   Eats Help.Uber.Com CA Card 6147 | -27.06 | 9,063.73 |
| 11/15 | Card Purchase With Pin  11/14 Uber   *Eats San Francisco CA Card 6147 | -33.39 | 9,030.34 |
| 11/15 | Card Purchase With Pin  11/15 Raceway 980 Dover FL Card 6147 | -66.34 | 8,964.00 |
| 11/15 | 11/15 Online Transfer To Chk ...2615 Transaction#: 19016550492 | -5,000.00 | 3,964.00 |
| 11/16 | Payment Received        11/16 Cash App*Kehla Chin San Francisco CA Card 6147 | **1,180.00** | 5,144.00 |
| 11/16 | Verizon Wireless Payments   024225637600001 CCD ID: 6223344794 | -294.19 | 4,849.81 |
| 11/17 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: Jamal M Wilson GA 30008 Ref: Chase Nyc/Ctr/Bnf=Jamal M Wilson Debtor In Possession Tampa FL 33618-2 500 US/Ac-000000009518 Rfb=Ow000038 46540721 Bbi=/Chgs/USD0,00/ Imad: 1117I1B7031R003012 Trn: 0131241321Ff | **325.55** | 5,175.36 |
| 11/17 | Card Purchase          11/17 Sheraton Orlando North Maitland FL Card 6147 | -201.55 | 4,973.81 |
| 11/17 | Card Purchase With Pin  11/17 Uber   *Eats San Francisco CA Card 6147 | -20.49 | 4,953.32 |
| 11/17 | Card Purchase With Pin  11/17 Cnscbankcard.Servic1 Brooklyn Park MN Card 6147 | -142.76 | 4,810.56 |
| 11/17 | Domestic Incoming Wire Fee | -15.00 | 4,795.56 |
| 11/20 | Card Purchase          11/17 Ic* Instacart*159 888-2467822 CA Card 6147 | -207.06 | 4,588.50 |
| 11/20 | Card Purchase          11/17 Chipotle 0813 Tampa FL Card 6147 | -36.44 | 4,552.06 |



## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|-------:|--------:|
| 11/20 | Card Purchase          11/18 Dunkin #351384 Q35 Brooksville FL Card 6147 | -15.07 | 4,536.99 |
| 11/20 | Card Purchase          11/18 The Bighouse Tavares FL Card 6147 | -22.19 | 4,514.80 |
| 11/20 | Card Purchase          11/18 Cash App*Court Suprema 800-9691940 CA Card 6147 | -198.00 | 4,316.80 |
| 11/20 | Card Purchase          11/18 Ruby Tuesday 7123 Leesburg FL Card 6147 | -19.90 | 4,296.90 |
| 11/20 | Card Purchase          11/18 Ruby Tuesday 7123 Leesburg FL Card 6147 | -29.51 | 4,267.39 |
| 11/20 | Card Purchase          11/18 Popeyes 13882 Bushnell FL Card 6147 | -17.10 | 4,250.29 |
| 11/20 | Card Purchase With Pin  11/19 The Bighouse Tavares FL Card 6147 | -44.38 | 4,205.91 |
| 11/20 | Card Purchase With Pin  11/19 Autozone  6400 14847 N Tampa FL Card 6147 | -24.70 | 4,181.21 |
| 11/20 | Card Purchase With Pin  11/19 Uber   *Eats San Francisco CA Card 6147 | -69.85 | 4,111.36 |
| 11/20 | Card Purchase With Pin  11/20 Firestone29343 Tampa FL Card 6147 | -166.42 | 3,944.94 |
| 11/20 | 11/20 Online Transfer To Chk ...2615 Transaction#: 19064927270 | -3,000.00 | 944.94 |
| 11/21 | Card Purchase          11/21 Ic* Instacart*159 888-2467822 CA Card 6147 | -39.90 | 905.04 |
| 11/21 | Zelle Payment To Jorge Del Monte Jpm99A5D4Pgo | -500.00 | 405.04 |
| 11/22 | Online Transfer From Chk ...2615 Transaction#: 19076467462 | 500.00 | 905.04 |
| 11/24 | Card Purchase          11/23 Ic* Instacart*159 888-2467822 CA Card 6147 | -79.62 | 825.42 |
| 11/24 | Card Purchase With Pin  11/24 Fletcher Tampa FL Card 6147 | -40.20 | 785.22 |
| 11/24 | 11/24 Online Transfer To Chk ...2615 Transaction#: 19096836374 | -500.00 | 285.22 |
| 11/24 | Card Purchase With Pin  11/24 Wm Superc Wal-Mart Sup Tampa FL Card 6147 | -12.92 | 272.30 |
| 11/27 | Real Time Transfer Recd From Aba/021000021 From: The Hall At The Yard LLC Ref: Smb-11115308310 Info:  Iid: 20231127021000021P1Brjpm00500033694 Recd: 09:58:37 Trn: 1115308310Rx | 2,400.00 | 2,672.30 |
| 11/27 | Online Transfer From Chk ...2615 Transaction#: 19110156967 | 500.00 | 3,172.30 |
| 11/27 | Card Purchase          11/24 Pizza Hut 004665 Https://Ipcha FL Card 6147 | -43.72 | 3,128.58 |
| 11/27 | Card Purchase          11/25 Uber   Eats Help.Uber.Com CA Card 6147 | -63.34 | 3,065.24 |
| 11/27 | Card Purchase          11/26 Ic* Instacart*159 888-2467822 CA Card 6147 | -42.58 | 3,022.66 |
| 11/27 | Card Purchase          11/26 Amzn Mktp US*2D8153D Amzn.Com/Bill WA Card 6147 | -85.96 | 2,936.70 |
| 11/27 | Card Purchase          11/26 Ic* Instacart*159 888-2467822 CA Card 6147 | -188.68 | 2,748.02 |
| 11/27 | Zelle Payment To Rochelle Gonzales Jpm99A5Mdgql | -325.00 | 2,423.02 |
| 11/28 | Purchase Return         11/28 Uber   *Eats San Francisco CA Card 6147 | 20.87 | 2,443.89 |
| 11/28 | Card Purchase With Pin  11/28 Uber   *Eats San Francisco CA Card 6147 | -69.58 | 2,374.31 |
| 11/28 | Card Purchase With Pin  11/28 Uber   *Eats San Francisco CA Card 6147 | -3.00 | 2,371.31 |
| 11/29 | Zelle Payment From Leslie Rubero Coft4Messxsn | 75.00 | 2,446.31 |
| 11/29 | Card Purchase          11/27 Aloft Tampa FL Card 6147 | -189.00 | 2,257.31 |
| 11/29 | Card Purchase          11/28 Amazon Prime*Hf2Dz5T Amzn.Com/Bill WA Card 6147 | -15.12 | 2,242.19 |
| 11/29 | 11/29 Online Transfer To Chk ...2223 Transaction#: 19134516542 | -1,000.00 | 1,242.19 |
| 11/29 | Zelle Payment To Jamal Wilson Jpm99A5P5Hrg | -75.00 | 1,167.19 |
| 11/29 | Zelle Payment To Anthony Jpm99A5P6F6G | -75.00 | 1,092.19 |
| 11/30 | Real Time Transfer Recd From Aba/021000021 From: The Hall At The Yard LLC Ref: Smb-11115883419 Info:  Iid: 20231130021000021P1Brjpm00020059616 Recd: 19:20:35 Trn: 1115883419Rx | 3,176.25 | 4,268.44 |
| 11/30 | Real Time Transfer Recd From Aba/021000021 From: The Hall At The Yard LLC Ref: Smb-11115880819 Info:  Iid: 20231130021000021P1Brjpm00500076992 Recd: 18:37:37 Trn: 1115880819Rx | 3,176.25 | 7,444.69 |
| 11/30 | Card Purchase          11/29 Uber   Eats Help.Uber.Com CA Card 6147 | -34.31 | 7,410.38 |
| 11/30 | Card Purchase With Pin  11/29 Cnscwww.Target.Com 2 Brooklyn Park MN Card 6147 | -14.27 | 7,396.11 |



November 14, 2023 through December 13, 2023

Account Number: ██████2360



## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 11/30 | Card Purchase With Pin  11/29 Cnscbankcard.Servic4 Brooklyn Park MN Card 6147 | -101.40 | 7,294.71 |
| 11/30 | Teco/People Gas  Utilitybil          PPD ID: 9128751378 | -649.60 | 6,645.11 |
| 11/30 | BB Tuition Mgmt  BB Tuition 45477229      Tel ID: 205431152 | -6,542.70 | 102.41 |
| 12/01 | Real Time Transfer Recd From Aba/021000021 From: The Hall At The Yard LLC Ref: Smb-11116025231 Info:  Iid: 20231201021000021P1Brjpm00020121333 Recd: 21:40:35 Trn: 1116025231Rx | 415.35 | 517.76 |
| 12/01 | Card Purchase          11/29 Jersey Mikes 13065 Tampa FL Card 6147 | -16.13 | 501.63 |
| 12/04 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: The Blended Sun LLC GA 30008 Ref: Chase Nyc/Ctr/Bnf=Jamal M Wilson Debtor IN Possession Tampa FL 33618-2 500 US/Ac-000000009518 Rfb=Ow000039 03115204 Bbi=/Chgs/USD0,00/ Imad: 1204I1B7031R003253 Trn: 0108971338Ff | 1,800.00 | 2,301.63 |
| 12/04 | Real Time Transfer Recd From Aba/021000021 From: The Hall At The Yard LLC Ref: Smb-11116035870 Info:  Iid: 20231203021000021P1Brjpm00500016156 Recd: 11:16:37 Trn: 1116035870Rx | 375.00 | 2,676.63 |
| 12/04 | Real Time Transfer Recd From Aba/021000021 From: The Hall At The Yard LLC Ref: Smb-11116060648 Info:  Iid: 20231204021000021P1Brjpm00000003365 Recd: 00:38:37 Trn: 1116060648Rx | 325.00 | 3,001.63 |
| 12/04 | Recurring Card Purchase 12/02 Bh* Betterhelp Httpswww.Bett CA Card 6147 | -300.00 | 2,701.63 |
| 12/04 | Card Purchase          12/01 Ccbill.Com  *Hellerman London Card 6147 | -39.99 | 2,661.64 |
| 12/04 | Card Purchase With Pin  12/02 Float On Counseling Tampa FL Card 6147 | -170.00 | 2,491.64 |
| 12/04 | Recurring Card Purchase 12/03 Audible*Eq7Ea0Y63 Amzn.Com/Bill NJ Card 6147 | -14.95 | 2,476.69 |
| 12/04 | Card Purchase          12/03 Outback 1011 Tampa FL Card 6147 | -76.39 | 2,400.30 |
| 12/04 | Card Purchase With Pin  12/04 The Home Depot #0245 Tampa FL Card 6147 | -29.00 | 2,371.30 |
| 12/04 | Domestic Incoming Wire Fee | -15.00 | 2,356.30 |
| 12/05 | Card Purchase          12/04 Progressive *Insuranc 800-776-4737 OH Card 6147 | -1,429.00 | 927.30 |
| 12/05 | Card Purchase          12/04 Lawdepot 877-509-4398 Edmonton Ab Card 6147 | -35.00 | 892.30 |
| 12/05 | Card Purchase          12/04 Ic* Instacart*159 888-2467822 CA Card 6147 | -224.88 | 667.42 |
| 12/05 | Zelle Payment To Rochelle Gonzales Jpm99A61Xlr0 | -300.00 | 367.42 |
| 12/05 | Card Purchase With Pin  12/05 Lowe's #2360 Tampa FL Card 6147 | -5.14 | 362.28 |
| 12/05 | Card Purchase With Pin  12/05 Lowe's #2360 Tampa FL Card 6147 | -19.87 | 342.41 |
| 12/06 | Recurring Card Purchase 12/06 Netflix.Com Netflix.Com CA Card 6147 | -24.64 | 317.77 |
| 12/06 | Recurring Card Purchase 12/06 J2  Efax Services 323-817-3205 CA Card 6147 | -18.99 | 298.78 |
| 12/07 | Card Purchase With Pin  12/07 Uber  *Eats San Francisco CA Card 6147 | -17.28 | 281.50 |
| 12/08 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: The Blended Sun LLC GA 30008 Ref: Chase Nyc/Ctr/Bnf=Jamal M Wilson Debtor IN Possession Tampa FL 33618-2 500 US/Ac-000000009518 Rfb=Ow000039 19987127 Bbi=/Chgs/USD0,00/ Imad: 1208I1B7033R002538 Trn: 0112281342Ff | 1,000.00 | 1,281.50 |
| 12/08 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: The Blended Sun LLC GA 30008 Ref: Chase Nyc/Ctr/Bnf=Jamal M Wilson Debtor IN Possession Tampa FL 33618-2 500 US/Ac-000000009518 Rfb=Ow000039 19917664 Bbi=/Chgs/USD0,00/ Imad: 1208I1B7031R002471 Trn: 0087471342Ff | 400.00 | 1,681.50 |
| 12/08 | Card Purchase          12/06 Chick-Fil-A #00867 Carrollwood FL Card 6147 | -14.77 | 1,666.73 |
| 12/08 | Zelle Payment To Zz Handyman Jpm99A66Prk3 | -100.00 | 1,566.73 |
| 12/08 | Zelle Payment To Zz Handyman Jpm99A67Eycu | -90.00 | 1,476.73 |



## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| 12/08 | Card Purchase With Pin  12/08 Uber   *Eats San Francisco CA Card 6147 | | -48.29 | 1,428.44 |
| 12/08 | Domestic Incoming Wire Fee | | -15.00 | 1,413.44 |
| 12/08 | Domestic Incoming Wire Fee | | -15.00 | 1,398.44 |
| 12/11 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: The Blended Sun LLC GA 30008 Ref: Chase Nyc/Ctr/Bnf=Jamal M Wilson Debtor IN Possession Tampa FL 33618-2 500 US/Ac-000000009518 Rfb=Ow000039 30641873 Bbi=/Chgs/USD0,00/ Imad: 1211I1B7031R007293 Trn: 0315651345Ff | | **1,200.00** | 2,598.44 |
| 12/11 | Card Purchase 6147 | 12/08 Jersey Mikes Online Ord Manasquan NJ Card | -17.97 | 2,580.47 |
| 12/11 | Card Purchase | 12/08 Ccbill.Com  *Hellerman London Card 6147 | -39.99 | 2,540.48 |
| 12/11 | Card Purchase | 12/09 Ming Gardens Chinese Tampa FL Card 6147 | -56.98 | 2,483.50 |
| 12/11 | Payment Sent | 12/09 Cash App*D S 800-9691940 CA Card 6147 | -120.00 | 2,363.50 |
| 12/11 | Card Purchase Card 6147 | 12/11 Amzn Mktp US*Vb9Yj29 Amzn.Com/Bill WA | -71.87 | 2,291.63 |
| 12/11 | Card Purchase Card 6147 | 12/09 Cash App*Court Suprema 800-9691940 CA | -3.00 | 2,288.63 |
| 12/11 | Card Purchase With Pin  12/09 Wal-Mart  Wal-Mart Sup Tampa FL Card 6147 | | -10.73 | 2,277.90 |
| 12/11 | Card Purchase | 12/09 Jersey Mikes 13027 Tampa FL Card 6147 | -37.85 | 2,240.05 |
| 12/11 | Card Purchase 6147 | 12/09 Sunpass*Acc80594689 888-865-5352 FL Card | -100.00 | 2,140.05 |
| 12/11 | Payment Sent Card 6147 | 12/10 Cash App*Reginold Jame 800-9691940 CA | -36.00 | 2,104.05 |
| 12/11 | Card Purchase | 12/10 Ic* Instacart*159 888-2467822 CA Card 6147 | -161.02 | 1,943.03 |
| 12/11 | Card Purchase 6147 | 12/11 Prime Video Channels Amzn.Com/Bill WA Card | -13.46 | 1,929.57 |
| 12/11 | Card Purchase 6147 | 12/11 Prime Video Channels Amzn.Com/Bill WA Card | -11.21 | 1,918.36 |
| 12/11 | Card Purchase | 12/11 Sq *Bruegger's Bagels Tampa FL Card 6147 | -28.44 | 1,889.92 |
| 12/11 | Domestic Incoming Wire Fee | | -15.00 | 1,874.92 |
| 12/12 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: The Blended Sun LLC GA 30008 Ref: Chase Nyc/Ctr/Bnf=Jamal M Wilson Debtor IN Possession Tampa FL 33618-2 500 US/Ac-000000009518 Rfb=Ow000039 35105750 Bbi=/Chgs/USD0,00/ Imad: 1212I1B7032R008809 Trn: 0435851346Ff | | **1,025.00** | 2,899.92 |
| 12/12 | Card Purchase With Pin  12/12 Uber   *Eats San Francisco CA Card 6147 | | -20.79 | 2,879.13 |
| 12/12 | Card Purchase With Pin  12/12 Cnscwww.Target.Com 7 Brooklyn Park MN Card 6147 | | -185.39 | 2,693.74 |
| 12/12 | Domestic Incoming Wire Fee | | -15.00 | 2,678.74 |
| 12/13 | Card Purchase 6147 | 12/12 Legalcontracts.Com 877-612-9120 Ab Card | -33.00 | 2,645.74 |
| 12/13 | Card Purchase | 12/12 Hb Water Iwr 813-612-7710 FL Card 6147 | -250.00 | 2,395.74 |
| 12/13 | Card Purchase | 12/12 Hb Water Iwr 813-612-7710 FL Card 6147 | -202.85 | 2,192.89 |
| 12/13 | Card Purchase | 12/13 Uber   Trip Help.Uber.Com CA Card 6147 | -18.96 | 2,173.93 |
| 12/13 | Card Purchase | 12/12 Mavis04179 Tampa FL Card 6147 | -740.46 | 1,433.47 |
| 12/13 | Card Purchase | 12/13 Uber   Eats Help.Uber.Com CA Card 6147 | -26.47 | 1,407.00 |
| 12/13 | Card Purchase With Pin  12/13 Memorial Maratho Tampa FL Card 6147 | | -58.90 | 1,348.10 |
| 12/13 | Card Purchase With Pin  12/13 Uber   *Eats San Francisco CA Card 6147 | | -60.42 | 1,287.68 |
| | **Ending Balance** | | | **$1,287.68** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

• Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or



November 14, 2023 through December 13, 2023

Account Number:          2360



FedNow<sup>SM</sup> network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.
(Your total electronic deposits this period were $22,400.35. Note: some deposits may be listed on your previous statement)

- **OR,** keep a balance at the beginning of each day of $1,500.00 or more in this account.
  (Your lowest beginning day balance was $102.41)

- **OR,** keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.
  (Your average beginning day balance of qualifying linked deposits and investments was $2,166.21)

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---



November 14, 2023 through December 13, 2023

Account Number: ██████████ **2360**

This Page Intentionally Left Blank



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 14, 2023 through January 12, 2024
Account Number: ████████2360



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00042141 DRE 021 141 01324 NNNNNNNNNN T 1 000000000 09 0000

JAMAL M WILSON
DEBTOR IN POSSESSION CASE # 23-01159
13518 WESTSHIRE DR
TAMPA FL 33618-2500

## CHECKING SUMMARY    Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$1,287.68** |
| Deposits and Additions | 10,712.95 |
| ATM & Debit Card Withdrawals | -6,860.32 |
| Electronic Withdrawals | -1,389.51 |
| Fees | -75.00 |
| **Ending Balance** | **$3,675.80** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $1,287.68 |
| 12/14 | Card Purchase      12/11 Ccbill.Com  *Hellerman London Card 6147 | -19.98 | 1,267.70 |
| 12/14 | Card Purchase      12/13 Suburban Propane 800-776-7263 NJ Card 6147 | -199.00 | 1,068.70 |
| 12/14 | Card Purchase      12/13 Wwp*Hughes Exterminat 813-884-1555 FL Card 6147 | -160.00 | 908.70 |
| 12/14 | Recurring Card Purchase 12/14 Hulu 877-8244858 CA Hulu.Com/Bill CA Card 6147 | -5.67 | 903.03 |
| 12/15 | Card Purchase Return    12/14 Amzn Mktp US Amzn.Com/Bill WA Card 6147 | **23.64** | 926.67 |
| 12/15 | Payment Received      12/15 Cash App*Kehla Chin San Francisco CA Card 6147 | **1,159.35** | 2,086.02 |
| 12/15 | Card Purchase      12/14 Publix Supermarkets #14 Tampa FL Card 6147 | -26.77 | 2,059.25 |
| 12/15 | Card Purchase With Pin  12/15 Old Navy US 5904 Tampa FL Card 6147 | -41.91 | 2,017.34 |
| 12/15 | Card Purchase With Pin  12/15 Uber  *Eats San Francisco CA Card 6147 | -17.28 | 2,000.06 |
| 12/18 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: The Blended Sun LLC GA 30008 Ref: Chase Nyc/Ctr/Bnf=Jamal M Wilson Debtor IN Possession Tampa FL 33618-2 500 US/Ac-000000009518 Rfb=Ow000039 55076133 Bbi=/Chgs/USD0,00/ Imad: 1218I1B7031R004897 Trn: 0146091352FI | **600.00** | 2,600.06 |
| 12/18 | Card Purchase With Pin  12/15 Uber  *Eats San Francisco CA Card 6147 | -40.96 | 2,559.10 |
| 12/18 | Verizon Wireless Payments   024225637600001 CCD ID: 6223344794 | -294.19 | 2,264.91 |
| 12/18 | Card Purchase      12/16 First Watch - 0081 Tampa FL Card 6147 | -62.89 | 2,202.02 |
| 12/18 | Card Purchase      12/16 Chick-Fil-A #03748 Davenport FL Card 6147 | -24.86 | 2,177.16 |
| 12/18 | Card Purchase      12/16 Sq *Aau Elite Sports Ev Orlando FL Card 6147 | -35.00 | 2,142.16 |
| 12/18 | Card Purchase      12/16 Towneplace Suites Orla Orlando FL Card 6147 | -190.13 | 1,952.03 |



## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| 12/18 | Card Purchase | 12/17 Bww Orlando 542 678-514-4100 FL Card 6147 | -60.31 | 1,891.72 |
| 12/18 | Card Purchase Card 6147 | 12/17 Amzn Mktp US*Fi4B543 Amzn.Com/Bill WA | -49.10 | 1,842.62 |
| 12/18 | Card Purchase | 12/17 Ic* Instacart*159 888-2467822 CA Card 6147 | -153.36 | 1,689.26 |
| 12/18 | Card Purchase | 12/17 Adidas America, Inc. Canton MA Card 6147 | -38.34 | 1,650.92 |
| 12/18 | Card Purchase With Pin | 12/17 Cnscbankcard.Servic7 Brooklyn Park MN Card 6147 | -135.17 | 1,515.75 |
| 12/18 | Card Purchase With Pin | 12/18 Uber *Eats San Francisco CA Card 6147 | -59.39 | 1,456.36 |
| 12/18 | Domestic Incoming Wire Fee | | -15.00 | 1,441.36 |
| 12/19 | Card Purchase Card 6147 | 12/19 Amzn Mktp US*Hr3Je9S Amzn.Com/Bill WA | -56.65 | 1,384.71 |
| 12/19 | Card Purchase 6147 | 12/17 Orlando Premium Outlets Orlando FL Card | -15.96 | 1,368.75 |
| 12/19 | Card Purchase 6147 | 12/17 Www.Berkeleyprep.Org 813-885-1673 FL Card | -700.00 | 668.75 |
| 12/19 | Card Purchase Card 6147 | 12/19 Sp Www.Neweracap.Com Httpswww.Newe NY | -58.04 | 610.71 |
| 12/21 | Card Purchase Return 6147 | 12/20 Frg*Nbastore.Com Jacksonville FL Card | **113.91** | 724.62 |
| 12/21 | Card Purchase Card 6147 | 12/20 Amzn Mktp US*B24D01V Amzn.Com/Bill WA | -55.72 | 668.90 |
| 12/21 | Card Purchase | 12/20 Frg*Nbastore.Com 866-746-7622 FL Card 6147 | -113.91 | 554.99 |
| 12/21 | Card Purchase | 12/20 Lids.Com 855-217-9893 FL Card 6147 | -59.61 | 495.38 |
| 12/21 | Card Purchase | 12/21 Uber Eats Help.Uber.Com CA Card 6147 | -37.21 | 458.17 |
| 12/21 | Card Purchase | 12/21 Sq *Bruegger's Bagels Tampa FL Card 6147 | -13.62 | 444.55 |
| 12/21 | Card Purchase With Pin | 12/21 Uber *Eats San Francisco CA Card 6147 | -50.02 | 394.53 |
| 12/22 | Card Purchase Card 6147 | 12/21 Amzn Mktp US*8V13L52 Amzn.Com/Bill WA | -23.64 | 370.89 |
| 12/22 | Card Purchase | 12/21 Onstreet Ph Parkmobilecom FL Card 6147 | -2.85 | 368.04 |
| 12/26 | Real Time Transfer Recd From Aba/021000021 From: The Hall At The Yard LLC Ref: Smb-11118105023 Info: Iid: 20231223021000021P1Brjpm00520009523 Recd: 07:39:07 Trn: 1118105023Rx | | **1,588.00** | 1,956.04 |
| 12/26 | Card Purchase | 12/21 Coldwell Banker 866-3396533 NJ Card 6147 | -50.00 | 1,906.04 |
| 12/26 | Card Purchase Card 6147 | 12/23 Amzn Mktp US*0Y2Bf23 Amzn.Com/Bill WA | -48.34 | 1,857.70 |
| 12/26 | Card Purchase Card 6147 | 12/22 Amzn Mktp US*V32E72P Amzn.Com/Bill WA | -127.24 | 1,730.46 |
| 12/26 | Card Purchase | 12/23 Ic* Instacart*159 888-2467822 CA Card 6147 | -74.72 | 1,655.74 |
| 12/26 | Card Purchase | 12/23 Sq *Court Supremacy Uni Lutz FL Card 6147 | -4.12 | 1,651.62 |
| 12/26 | Card Purchase | 12/23 Jersey Mikes 13027 Tampa FL Card 6147 | -15.31 | 1,636.31 |
| 12/26 | Card Purchase | 12/23 Amc 0273 Veterans 24 Tampa FL Card 6147 | -52.06 | 1,584.25 |
| 12/26 | Card Purchase With Pin | 12/23 Target T- 15240 N Dale Tampa FL Card 6147 | -440.56 | 1,143.69 |
| 12/26 | Card Purchase With Pin | 12/23 Wal-Mart Wal-Mart Sup Tampa FL Card 6147 | -32.25 | 1,111.44 |
| 12/26 | Card Purchase With Pin | 12/23 Marathon Petro32 Tampa FL Card 6147 | -50.16 | 1,061.28 |
| 12/26 | Card Purchase With Pin | 12/23 Uber *Eats San Francisco CA Card 6147 | -16.75 | 1,044.53 |
| 12/26 | Card Purchase With Pin | 12/23 Uber *Eats San Francisco CA Card 6147 | -68.89 | 975.64 |
| 12/26 | Card Purchase | 12/24 Auntie Anne's Pretzels Tampa FL Card 6147 | -11.49 | 964.15 |
| 12/26 | Card Purchase With Pin | 12/24 Nordstrom #765 2233 N Tampa FL Card 6147 | -512.66 | 451.49 |
| 12/26 | Card Purchase With Pin | 12/24 Walgreens Store 13130 Tampa FL Card 6147 | -11.80 | 439.69 |



December 14, 2023 through January 12, 2024

Account Number: ██████████ 2360



## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 12/26 | Card Purchase With Pin  12/24 Walgreens Store 13130 Tampa FL Card 6147 | -16.75 | 422.94 |
| 12/26 | Card Purchase          12/25 Microsoft*Xbox 425-6816830 WA Card 6147 | -29.99 | 392.95 |
| 12/26 | Card Purchase          12/26 Myrental* Saferent S Httpswww.Myre TX Card 6147 | -27.99 | 364.96 |
| 12/27 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: The Blended Sun LLC GA 30008 Ref: Chase Nyc/Ctr/Bnf=Jamal M Wilson Debtor IN Possession Tampa FL 33618-2 500 US/Ac-000000009518 Rfb=Ow000039 86390267 Bbi=/Chgs/USD0,00/ Imad: 1227I1B7031R004471 Trn: 0188671361Ff | **1,200.00** | 1,564.96 |
| 12/27 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: The Blended Sun LLC GA 30008 Ref: Chase Nyc/Ctr/Bnf=Jamal M Wilson Debtor IN Possession Tampa FL 33618-2 500 US/Ac-000000009518 Rfb=Ow000039 84388687 Bbi=/Chgs/USD0,00/ Imad: 1227I1B7033R001914 Trn: 0078671361Ff | **700.00** | 2,264.96 |
| 12/27 | Zelle Payment To Screen Repair Jpm99A73Kbug | -500.00 | 1,764.96 |
| 12/27 | Card Purchase With Pin  12/27 Uber   *Eats San Francisco CA Card 6147 | -51.86 | 1,713.10 |
| 12/27 | Domestic Incoming Wire Fee | -15.00 | 1,698.10 |
| 12/27 | Domestic Incoming Wire Fee | -15.00 | 1,683.10 |
| 12/28 | Card Purchase          12/27 Py *Pdq - Carrollwood Tampa FL Card 6147 | -44.13 | 1,638.97 |
| 12/28 | Card Purchase With Pin  12/28 Uber   *Eats San Francisco CA Card 6147 | -54.44 | 1,584.53 |
| 12/28 | Card Purchase With Pin  12/28 Uber   *Eats San Francisco CA Card 6147 | -22.26 | 1,562.27 |
| 12/29 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: The Blended Sun LLC GA 30008 Ref: Chase Nyc/Ctr/Bnf=Jamal M Wilson Debtor IN Possession Tampa FL 33618-2 500 US/Ac-000000009518 Rfb=Ow000039 92978130 Bbi=/Chgs/USD0,00/ Imad: 1229I1B7031R003427 Trn: 0161281363Ff | **1,001.80** | 2,564.07 |
| 12/29 | Card Purchase          12/28 Amazon Prime*B95De7I Amzn.Com/Bill WA Card 6147 | -15.12 | 2,548.95 |
| 12/29 | Card Purchase With Pin  12/29 Uber   *Eats San Francisco CA Card 6147 | -49.48 | 2,499.47 |
| 12/29 | Domestic Incoming Wire Fee | -15.00 | 2,484.47 |
| 01/02 | Online Transfer From Chk ...2615 Transaction#: 19451192275 | **3,176.25** | 5,660.72 |
| 01/02 | Payment Sent          12/30 Apple Cash Sent Mone 1Infiniteloop CA Card 6147 | -38.01 | 5,622.71 |
| 01/02 | Card Purchase          12/30 Uber   Trip Help.Uber.Com CA Card 6147 | -111.98 | 5,510.73 |
| 01/02 | Recurring Card Purchase 12/30 Bh* Betterhelp Httpswww.Bett CA Card 6147 | -300.00 | 5,210.73 |
| 01/02 | Card Purchase          12/30 Jersey Mikes 13027 Tampa FL Card 6147 | -26.48 | 5,184.25 |
| 01/02 | Card Purchase          12/30 Amc 0273 Veterans 24 Tampa FL Card 6147 | -63.33 | 5,120.92 |
| 01/02 | Card Purchase With Pin  12/30 Circle K 07435 3420 Ha Tampa FL Card 6147 | -23.43 | 5,097.49 |
| 01/02 | Card Purchase          12/31 Starbucks Store 15732 Tampa FL Card 6147 | -11.13 | 5,086.36 |
| 01/02 | Card Purchase With Pin  12/31 The Fresh Market 036 Tampa FL Card 6147 | -55.57 | 5,030.79 |
| 01/02 | Card Purchase With Pin  12/31 Uber   *Eats San Francisco CA Card 6147 | -10.56 | 5,020.23 |
| 01/02 | Card Purchase          01/01 First Watch - 0081 Tampa FL Card 6147 | -83.47 | 4,936.76 |
| 01/02 | Card Purchase With Pin  01/01 Uber   *Eats San Francisco CA Card 6147 | -40.26 | 4,896.50 |
| 01/02 | Card Purchase With Pin  01/01 Cnscwww.Target.Com 5 Brooklyn Park MN Card 6147 | -30.85 | 4,865.65 |
| 01/02 | Card Purchase With Pin  01/01 Cnscwww.Target.Com 7 Brooklyn Park MN Card 6147 | -82.08 | 4,783.57 |
| 01/03 | Card Purchase          01/02 Py *Pdq - Carrollwood Tampa FL Card 6147 | -37.37 | 4,746.20 |
| 01/03 | Card Purchase          01/02 Cash App*Richard Gonza 800-9691940 CA Card 6147 | -55.00 | 4,691.20 |
| 01/03 | Card Purchase          01/03 Ic* Instacart*159 888-2467822 CA Card 6147 | -201.84 | 4,489.36 |
| 01/03 | Card Purchase          01/03 Ic* Instacart 888-2467822 CA Card 6147 | -39.08 | 4,450.28 |
| 01/03 | Teco/People Gas  Utilitybil          PPD ID: 9128751378 | -595.32 | 3,854.96 |



## TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|-------:|--------:|
| 01/03 | Recurring Card Purchase 01/03 Audible*Tk3Dv4P60 Amzn.Com/Bill NJ Card 6147 | -14.95 | 3,840.01 |
| 01/03 | Card Purchase With Pin  01/03 Sunoco 02991859 Tampa FL Card 6147 | -50.26 | 3,789.75 |
| 01/03 | Card Purchase          01/03 Sq *Bruegger's Bagels Tampa FL Card 6147 | -13.56 | 3,776.19 |
| 01/03 | Card Purchase With Pin  01/03 Uber   *Eats San Francisco CA Card 6147 | -17.28 | 3,758.91 |
| 01/05 | Card Purchase          01/03 Simply Pho Tampa FL Card 6147 | -29.01 | 3,729.90 |
| 01/05 | Card Purchase          01/04 Lawdepot 877-509-4398 Edmonton Ab Card 6147 | -35.00 | 3,694.90 |
| 01/05 | Card Purchase          01/05 Uber   Eats Help.Uber.Com CA Card 6147 | -33.06 | 3,661.84 |
| 01/08 | Card Purchase          01/05 Onstreet Ph Parkmobilecom FL Card 6147 | -3.35 | 3,658.49 |
| 01/08 | Card Purchase          01/05 Fusion Bowl Tampa FL Card 6147 | -47.23 | 3,611.26 |
| 01/08 | Card Purchase          01/05 Wawa 5311 Tampa FL Card 6147 | -11.36 | 3,599.90 |
| 01/08 | Card Purchase          01/05 Simply Pho Tampa FL Card 6147 | -23.63 | 3,576.27 |
| 01/08 | Recurring Card Purchase 01/06 Netflix.Com Netflix.Com CA Card 6147 | -24.64 | 3,551.63 |
| 01/08 | Card Purchase          01/06 Ic* Instacart*159 888-2467822 CA Card 6147 | -138.25 | 3,413.38 |
| 01/08 | Recurring Card Purchase 01/06 J2  Efax Services 323-817-3205 CA Card 6147 | -18.99 | 3,394.39 |
| 01/08 | Card Purchase          01/06 Jersey Mikes 13027 Tampa FL Card 6147 | -9.91 | 3,384.48 |
| 01/08 | Payment Sent           01/06 Cash App*Chris Kolaxis 800-9691940 CA Card 6147 | -10.00 | 3,374.48 |
| 01/08 | Payment Sent           01/06 Cash App*Chris Kolaxis 800-9691940 CA Card 6147 | -4.00 | 3,370.48 |
| 01/08 | Card Purchase          01/06 Culver's of Clearwater Clearwater FL Card 6147 | -12.60 | 3,357.88 |
| 01/08 | Card Purchase With Pin  01/06 Uber   *Eats San Francisco CA Card 6147 | -26.21 | 3,331.67 |
| 01/08 | Card Purchase With Pin  01/07 Sunoco 02991859 Tampa FL Card 6147 | -67.94 | 3,263.73 |
| 01/08 | Card Purchase With Pin  01/07 Flying J #624 San Antonio FL Card 6147 | -3.31 | 3,260.42 |
| 01/08 | Card Purchase With Pin  01/07 Flying J #624 San Antonio FL Card 6147 | -3.29 | 3,257.13 |
| 01/08 | Card Purchase With Pin  01/07 7-Eleven Tavares FL Card 6147 | -8.16 | 3,248.97 |
| 01/08 | Card Purchase          01/07 The Bighouse Tavares FL Card 6147 | -22.19 | 3,226.78 |
| 01/08 | Card Purchase          01/07 The Bighouse Tavares FL Card 6147 | -19.14 | 3,207.64 |
| 01/08 | Card Purchase          01/07 Py *Pdq - Carrollwood Tampa FL Card 6147 | -14.92 | 3,192.72 |
| 01/08 | Card Purchase          01/07 Py *Pdq - Carrollwood Tampa FL Card 6147 | -7.62 | 3,185.10 |
| 01/09 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: The Blended Sun LLC GA 30008 Ref: Chase Nyc/Ctr/Bnf=Jamal M Wilson Debtor IN Possession Tampa FL 33618-2 500 US/Ac-000000009518 Rfb=Ow000040 30856498 Bbi=/Chgs/USD0,00/ Imad: 0109I1B7031R008151 Trn: 0415051009Ff | 1,150.00 | 4,335.10 |
| 01/09 | Card Purchase          01/07 All American Sports Tavares FL Card 6147 | -6.66 | 4,328.44 |
| 01/09 | Card Purchase          01/08 Annex Coffee 813-7705835 FL Card 6147 | -9.27 | 4,319.17 |
| 01/09 | Domestic Incoming Wire Fee | -15.00 | 4,304.17 |
| 01/10 | Card Purchase          01/09 Suburban Propane 800-776-7263 NJ Card 6147 | -199.00 | 4,105.17 |
| 01/10 | Card Purchase          01/09 Wawa 5311 Tampa FL Card 6147 | -9.38 | 4,095.79 |
| 01/10 | Card Purchase With Pin  01/10 Uber   *Eats San Francisco CA Card 6147 | -17.28 | 4,078.51 |
| 01/11 | Card Purchase          01/11 Prime Video Channels Amzn.Com/Bill WA Card 6147 | -13.46 | 4,065.05 |
| 01/11 | Card Purchase          01/11 Prime Video Channels Amzn.Com/Bill WA Card 6147 | -11.21 | 4,053.84 |
| 01/11 | Card Purchase With Pin  01/11 Cnscwww.Target.Com 7 Brooklyn Park MN Card 6147 | -156.48 | 3,897.36 |
| 01/12 | Card Purchase          01/11 Wawa 5311 Tampa FL Card 6147 | -14.56 | 3,882.80 |
| 01/12 | Recurring Card Purchase 01/12 Registration Fees Httpstheskill FL Card 6147 | -207.00 | 3,675.80 |
| | **Ending Balance** | | **$3,675.80** |



December 14, 2023 through January 12, 2024
Account Number:  ███████████2360



A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow$^{SM}$ network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.
  (Your total electronic deposits this period were $2,747.35. Note: some deposits may be listed on your previous statement)

- OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.
  (Your lowest beginning day balance was $364.96)

- OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.
  (Your average beginning day balance of qualifying linked deposits and investments was $2,167.35)



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



This Page Intentionally Left Blank

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month 12/1/23-12/31/23 | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | 102.41 | 6,700.35 |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | 10,930.15 | 149,165.44 |
| Wages from Other Sources (attach list to this report) | 0.00 | 0.00 |
| Interest or Dividend Income | 0.00 | 0.00 |
| Alimony or Child Support | 0.00 | 0.00 |
| Social Security/Pension/Retirement | 0.00 | 0.00 |
| Sale of Household Assets (attach list to this report) | 0.00 | 0.00 |
| Loans/Distributions | 0.00 | 0.00 |
| Other (specify) (attach list to this report) | 137.55 | 3,102.27 |
| Rent from Miami Avenue Property | 1,159.35 | 10,454.80 |
| Zelle Payments/Venmo/CashApp/Transfer | 700.00 | 2,034.70 |
| | | |
| **TOTAL RECEIPTS** | 12,927.05 | 164,757.21 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | 5,460.95 | 43,781.99 |
| Household Repairs & Maintenance | 904.01 | 7,058.94 |
| Insurance | 1,429.00 | 2,477.00 |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | 470.00 | 4,433.00 |
| Mortgage Payment(s) | | 1,950.00 |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | 433.93 | 10,713.15 |
| Tuition/Education | 700.00 | 32,800.98 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 747.04 | 13,755.76 |
| Vehicle Expenses | 109.06 | 6,872.50 |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | | |
| Professional Fees (Legal, Accounting) | | 1,375.00 |
| Other (attach schedule) | | |
| Payment to Mel Dawson | | 1,000.00 |
| Bank Fees | 135.00 | 800.00 |
| Misc. Zelle/Venmo/Cash App/Transfer | 156.00 | 41,954.77 |
| | | |
| **Total Household Disbursements** | 10,544.99 | 168,973.09 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | 2,484.47 | 2,484.47 |

**Household Expenses**

| | |
|---|---|
| Jersey Mikes | 16.13 |
| Hellerman London | 39.99 |
| Outback | 76.39 |
| Lawdepot | 35.00 |
| Instacart | 224.88 |
| Zelle to Rochelle Gonzalez | 300.00 |
| Efax Services | 18.99 |
| Uber Eats | 17.28 |
| Chick-fil-A | 14.77 |
| Uber Eats | 48.29 |
| Jersey Mikes | 17.97 |
| Hellerman London | 39.99 |
| Ming Gardens | 56.98 |
| Amazon | 71.87 |
| Court Suprema | 3.00 |
| Wal-Mart | 10.73 |
| Jersey Mikes | 37.85 |
| Instacart | 161.02 |
| Bruegger's Bagels | 28.44 |
| Uber Eats | 20.79 |
| Target | 185.39 |
| Legalcontracts.com | 33.00 |
| Mavis | 740.46 |
| Uber Eats | 26.47 |
| Uber Eats | 60.42 |
| Hellerman London | 19.98 |
| Suburban Propane | 199.00 |
| Publix | 26.77 |
| Old Navy | 41.91 |
| Uber Eats | 17.28 |
| Uber Eats | 40.96 |
| First Watch | 62.89 |
| Chick-fil-A | 24.86 |
| AAU | 35.00 |
| Buffalo Wild Wings | 60.31 |
| Amazon | 49.10 |
| Instacart | 153.36 |
| Adidas | 38.34 |
| Target | 135.17 |
| Uber Eats | 59.39 |
| Amazon | 56.65 |
| Premium Outlets | 15.96 |
| Neweracap.com | 58.04 |
| Amazon | 55.72 |
| NBAstore | 113.91 |

| | |
|---|---|
| Lids.com | 59.61 |
| Uber Eats | 37.21 |
| Bruegger's Bagels | 13.62 |
| Uber Eats | 50.02 |
| Amazon | 23.64 |
| Bruegger's Bagels | 13.62 |
| Uber Eats | 50.02 |
| Amazon | 23.64 |
| Coldwell Banker | 50.00 |
| Amazon | 48.34 |
| Amazon | 127.24 |
| Instacart | 74.72 |
| Court Supremacy | 4.12 |
| Jersey Mikes | 15.31 |
| Target | 440.56 |
| Walmart | 32.25 |
| Uber Eats | 16.75 |
| Uber Eats | 68.89 |
| Auntie Annes | 11.49 |
| Nordstrom | 512.66 |
| Walgreens | 11.80 |
| Walgreens | 16.75 |
| Microsoft | 29.99 |
| Myrental | 27.99 |
| Uber Eats | 51.86 |
| PDQ | 44.13 |
| Uber Eats | 54.44 |
| Uber Eats | 22.26 |
| Amazon | 15.12 |
| Uber Eats | 49.48 |
| **TOTAL** | **5,548.23** |

**Household R&M**

| | |
|---|---|
| Home Depot | 29.00 |
| Lowe's | 5.14 |
| Lowe's | 19.87 |
| Zelle to ZZ Handyman | 100.00 |
| Zelle to ZZ Handyman | 90.00 |
| Hughes Exterminator | 160.00 |
| Zelle to Screen Repair | 500.00 |
| **TOTAL** | **904.01** |

**Notes**

[1] The amount above was paid by the Debtor for air conditioning repair services.

**<u>Insurance</u>**

Progressive      1,429.00

**TOTAL**       **1,429.00**

**<u>Medical</u>**

| | |
|---|---|
| Float On Counseling | 170.00 |
| Betterhelp | 300.00 |
| **TOTAL** | **470.00** |

**Travel & Entertainment**

| | |
|---|---|
| Audible | 14.95 |
| Netflix | 24.64 |
| Sunpass | 100.00 |
| Prime Video | 13.46 |
| Prime Video | 11.21 |
| Uber | 18.96 |
| Hulu | 5.67 |
| Towneplace Suites | 190.13 |
| ParkMobile | 2.85 |
| AMC Veterans | 52.06 |
| **TOTAL** | **433.93** |

**<u>Tuition Education</u>**

Berkeley Prep                700.00

**TOTAL**                        **700.00**

**<u>Utilities</u>**

| | |
|---|---|
| Verizon | 294.19 |
| Water | 250.00 |
| Water | 202.85 |
| **TOTAL** | **747.04** |

**<u>Vehicle Expenses</u>**

| | |
|---|---|
| Marathon | 58.90 |
| Marathon | 50.16 |
| **TOTAL** | **109.06** |

**Bank Fees**

| | |
|---|---|
| Domestic Incoming Wire Fee | 15.00 |
| Domestic Incoming Wire Fee | 15.00 |
| Domestic Incoming Wire Fee | 15.00 |
| Domestic Incoming Wire Fee | 15.00 |
| Domestic Incoming Wire Fee | 15.00 |
| Domestic Incoming Wire Fee | 15.00 |
| Domestic Incoming Wire Fee | 15.00 |
| Domestic Incoming Wire Fee | 15.00 |
| Domestic Incoming Wire Fee | 15.00 |
| **TOTAL** | **135.00** |

**Other**

| | |
|---|---|
| Cash App | 120.00 |
| Cash App Reginold James | 36.00 |
| **TOTAL** | **156.00** |

**Notes**

**MONTHLY OPERATING REPORT -**
**INDIVIDUAL**

**ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Chase | Chase | Chase | |
| Account Number: | 7265 | 5980 | 2360 | |
| Purpose of Account (Business/Personal) | Personal | Personal | Personal | |
| Type of Account (e.g. checking) | Checking | Checking | DIP | |
| | | | | |
| 1.  **Balance per Bank Statement** | 0.00 | 0.00 | 2,484.47 | |
| 2.  **ADD**:  Deposits not credited (attach list to this report) | 0.00 | 0.00 | 0.00 | |
| 3.  **SUBTRACT**:  Outstanding Checks (attach list) | 0.00 | 0.00 | 0.00 | |
| 4.  Other Reconciling Items (attach list to this report) | 0.00 | 0.00 | 0.00 | |
| 5.  **Month End Balance** (Must Agree with Books) | 0.00 | 0.00 | 2,484.47 | |
| TOTAL OF ALL ACCOUNTS | | | | 2,484.47 |
| | | | | |

**Note:  Attach a copy of the bank statement and bank reconciliation for each account.**

| Investment Account Information<br><br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:  Attach a copy of each investment account statement.**

| Budget of Income and Expenses for Jamal M. Wilson Case No. 8:23-bk-01159-CPM | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | TOTAL |
| | | Sept. 2023 | Oct. 2023 | Nov. 2023 | Dec. 2023 | Jan. 2024 | Feb. 2024 | |
| **INCOME** | | | | | | | | |
| **Salary or Cash from Business** | | | | | | | | |
| Salary | | 6,353.04 | 6,353.04 | 6,353.04 | 6,353.04 | 6,353.04 | 6,353.04 | 38,118.24 |
| Rent | | 1,159.35 | 1,159.35 | 1,159.35 | 1,159.35 | 1,159.35 | 1,159.35 | 6,956.10 |
| Distribution[1] | | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 60,000.00 |
| **TOTAL RECEIPTS** | | 17,512.39 | 17,512.39 | 17,512.39 | 17,512.39 | 17,512.39 | 17,512.39 | 105,074.34 |
| | | | | | | | | |
| | | | | | | | | |
| **EXPENSES** | | | | | | | | |
| **Alimony or Child Support Payments** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Charitable Contributions** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Gifts** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Household Expenses/Food/Clothing** | | | | | | | | |
| Food | | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 12,000.00 |
| Clothing | | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 3,000.00 |
| Personal Care Products and Services | | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 600.00 |
| **Household Repairs & Maintenance** | | | | | | | | |
| Repairs & Maintenance | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HOA/CA Dues & Assessments | | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 750.00 |
| **Insurance** | | | | | | | | |
| Vehicle Insurance | | 987.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 987.00 |
| Life Insurance[2] | | 543.00 | 543.00 | 543.00 | 543.00 | 543.00 | 543.00 | 3,258.00 |
| Property Insurance | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **IRA Contribution** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Lease/Rent Payments** | | | | | | | | |
| Chase (Vehicle Lease)[3] | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Medical/Dental Payments** | | 0.00 | 350.00 | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 |
| **Mortgage Payments** | | | | | | | | |
| BSI[4] | | 0.00 | 6,314.00 | 6,314.00 | 6,314.00 | 6,314.00 | 6,314.00 | 31,570.00 |
| Sunstate Bank[4] | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Miami | | | | | | | | |
| **Other Secured Payments** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Taxes - Personal Property** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Taxes - Real Estate** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Taxes Other** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Estimated Quarterly Tax | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Tax, Medicare, Payroll Deductions | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Travel & Entertainment** | | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 1,200.00 |
| **Tuition/Education** | | 700.00 | 700.00 | 700.00 | 4,500.00 | 4,500.00 | 4,500.00 | 15,600.00 |
| **Utilities** | | | | | | | | |
| Water | | 275.00 | 275.00 | 275.00 | 275.00 | 275.00 | 275.00 | 1,650.00 |
| Energy/Power | | 450.00 | 300.00 | 450.00 | 450.00 | 450.00 | 450.00 | 2,550.00 |
| Cell Phone/Cable | | 325.00 | 400.00 | 325.00 | 325.00 | 325.00 | 325.00 | 2,025.00 |
| **Vehicle Expenses** | | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 2,400.00 |
| **Vehicle Secured Payments** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **U.S. Quarterly Fees** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Professional Fees** | | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 6,000.00 |
| **Other Miscellaneous** | | | | | | | | |
| School Tuition | | 6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 | 39,000.00 |
| **Bank Charges, Bank Transfers, Credit Reports** | | 60.00 | 60.00 | 60.00 | 60.00 | 60.00 | 60.00 | 360.00 |
| **TOTAL EXPENSES** | | 14,165.00 | 19,767.00 | 19,492.00 | 23,292.00 | 23,292.00 | 23,292.00 | 123,300.00 |
| **NET INCOME** | | | | | | | | -18,225.66 |

**NOTES:**

1 The Debtor is optimistic that he will continue to generate income from consulting and distribution services.

2 The Debtor maintains a term life insurance policy. The policy has no cash surrender value.

3 The Debtor intends to purchase or lease a new vehicle, as the term of the Land Rover lease ends in November 2023.

4 Without admitting or taking a position as to whether adequate protection payments are required to the Debtor's mortgage lenders, the Debtor intends to negotiate and commence adequate protection payments as agreements are reached with the creditors.

83O3360.XLSX