ORDERED.

Dated: February 27, 2024

_Catherine McEwen_
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  

JAMAL M. WILSON,

      Debtor.
_____/

Case No.: 8:23-bk-01159-CPM
Chapter 11, Subchapter V

**ORDER APPROVING
DEBTOR'S APPLICATION FOR ORDER AUTHORIZING
EMPLOYMENT OF PRIME REALTY OF FL, L.L.C. AS REAL ESTATE BROKER**

**THIS CASE** came before the Court for consideration upon the Debtor's Application for Order Authorizing Employment of Prime Realty of FL, L.L.C. as Real Estate Broker (the "**Application**") (Doc. No. 122) filed by Jamal M. Wilson (the "**Debtor**" or "**Wilson**") and the declaration of Leslie Rubero filed in support of the Application (the "**Declaration**"). The Court, having considered the Application and the Declaration, together with the record, finds that the Application is well taken and should be approved.

Accordingly, it is **ORDERED:**

1. The Application is **APPROVED**.

2. Pursuant to section 327 of the Bankruptcy Code, the Debtor is authorized to engage Rubero and Prime Realty as real estate broker to assist the Debtor with marketing and

2

selling his homestead property located at 13518 Westshire Drive, Tampa, Florida 33618 (the "**Homestead Property**") under the terms and conditions of the Listing Agreement attached to the Application as Exhibit "A".

3.      As set forth in the Application, Prime Realty's commission is 5% of the sales price. Accordingly, the compensation was disclosed as required by section 328(a) of the Bankruptcy Code.

4.      Pursuant to section 330(a)(1), the Debtor is authorized, without further order of the Court, to compensate Prime Realty in accordance with the Listing Agreement. Prime Realty may be paid its commission at the closing of the sale of the Homestead Property without further order of the Court.

*Attorney Kathleen L. DiSanto is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.*