Case 8:23-bk-01159-CPM    Doc 226    Filed 04/25/24    Page 1 of 2



# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

04/25/2024 02:00 PM

COURTROOM   8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:23-bk-01159-CPM | 11 | 03/27/2023 |

**Chapter 11**

**DEBTOR:**     Jamal Wilson

**DEBTOR ATTY:**   Adam Alpert

**TRUSTEE:**    Ruediger Mueller

**HEARING:**

1. Motion to Vacate Order Granting Verified Motion to Determine Secured Status of Claim of Tilon Hall, LLC Filed by Kathleen DiSanto on behalf of Debtor Jamal M. Wilson (related document(s)[183]). Doc #207
2. Motion to Amend Order Granting Debtor's Expedited Motion for Authorization to Sell Homestead Property Free and Clear of Liens, Claims, Interests, and Encumbrances and for Approval of Proposed Distributions of Sale Proceeds Filed by Kathleen
DiSanto on behalf of Debtor Jamal M. Wilson (related document(s)[190]). Doc #208
.

**APPEARANCES:**:
AAPPEARANCES: via zoom: Nicole Peair, Gregg Ahrens, Howard Toland, Jamal Wilson, Jeffrey Snyder, Ruediger Mueller
AAPPEARANCES: in person: Kathleen DiSanto, Donald Kirk


**RULING:**
1. Motion to Vacate Order Granting Verified Motion to Determine Secured Status of Claim of Tilon Hall, LLC Filed by Kathleen DiSanto on behalf of Debtor Jamal M. Wilson (related document(s)[183]). Doc #207

   ...Granted (Vacating Order Granting Debtor's Verified Motion to Determine Secured Status of Claim of Tilon Hall, LLC); The Court will enter a separate amended order based on the agreement of the Debtor and TiLon - Order by DiSanto...

2. Motion to Amend Order Granting Debtor's Expedited Motion for Authorization to Sell Homestead Property Free and Clear of Liens, Claims, Interests, and Encumbrances and for Approval of Proposed Distributions of Sale Proceeds Filed by Kathleen DiSanto on behalf of Debtor Jamal M. Wilson (related document(s)[190]). Doc #208

   ...Granted (the Court will enter a separate order on Debtor's Expedited Motion for Authorization to Sell Homestead Property Free and Clear of Liens, Claims, Interests, and Encumbrances and for Approval of Proposed Distributions of Sale Proceeds) - Bench order;   AMENDED ORDER TO BE SUBMITTED -   Order by DiSanto ... ...

Case Number 8:23-bk-01159-CPM          Chapter 11

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.