UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No.: 8:23-bk-01159-CPM
Chapter 11, Subchapter V

JAMAL M. WILSON,

        Debtor.
_____/

> **NOTICE OF OPPORTUNITY TO
> OBJECT AND REQUEST FOR HEARING**
>
> If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at United States Bankruptcy Court, Sam M. Gibbons Federal Courthouse, 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602 and serve a copy on the movant's attorney, Kathleen L. DiSanto, Esq., Bush Ross, P.A. Post Office Box 3913, Tampa, Florida 33601-3913, within 30 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.
>
> If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.
>
> **You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

### JAMAL M. WILSON'S OBJECTION TO CLAIM NO. 5 FILED BY DEPARTMENT OF TREASURY – INTERNAL REVENUE SERVICE

Jamal M. Wilson (the "**Reorganized Debtor**" or "**Wilson**"), by and through undersigned counsel, pursuant to Bankruptcy Rule[1] 3007, hereby objects to the claim of Department of

---

[1] All references to the "Bankruptcy Code" are to the applicable section of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. All references to a "Bankruptcy Rule" or the "Bankruptcy Rules" are to the applicable rule of the Federal Rules of Bankruptcy Procedure.

Treasury – Internal Revenue Service ("**IRS**") docketed on the claims register maintained by the Clerk of Court as Claim No. 5 ("**Claim No. 5**").  In support of this objection  (the "**Objection**"), Wilson states as follows:

**Background and Procedural History**

1. On March 27, 2023 (the "**Petition Date**"), Wilson filed his voluntary petition for relief under chapter 11 of the Bankruptcy Code.  Wilson has elected to proceed under Subchapter V of Chapter 11.

2. On April 10, 2023, IRS filed initial Claim No. 5 asserting a claim against the Debtor in the total amount of $103,113.41, with the amount of $63,368.94 being designated as a priority claim.  The IRS subsequently amended Claim No. 5 on July 5, 2023, July 20, 2023, November 1, 2023, and lastly, on November 3, 2023.

3. On November 3, 2023, IRS amended Claim No. 5, asserting a claim against the Debtor in the total amount of $127,304.25, with the amount of $70,462.73 being designated as a priority claim.

4. Pursuant to this Court's Order entered February 28, 2024 (Doc. No. 132), the Debtor has retained the services of John Folson, CPA (the "**Accountant**"), to assist the Debtor in evaluating whether he properly applied certain tax attributes in prior tax years, and whether any amended returns should be filed.

5. The Accountant has prepared an amended return for the 2015 tax year which reflects a refund in the amount of $36,488.00 due to the Debtor.

6. On March 14, 2024, the Court entered the Order Confirming Amended Chapter 11 Plan of Jamal M. Wilson (Doc. No. 191).

7. On March 28, 2024, Wilson filed the Notice of Occurrence of Effective Date of Amended Chapter 11 Plan of Jamal M. Wilson (Doc. No. 209).

## Objection to Claim

8. Wilson seeks the entry of an order disallowing Claim No. 5 as filed.

9. Wilson and his Accountant believe Wilson has a carryback loss that he has not claimed that will reduce or eliminate the claim of the IRS.

10. Wilson reserves the right to supplement this Objection on additional grounds that may be discovered through formal or informal discovery.

WHEREFORE, Wilson respectfully requests that this Court enter an order (i) sustaining the Objection; (ii) disallowing Claim No. 5 as filed; and (iii) granting such other and further relief as the Court deems just and proper.

Dated: Tampa, Florida
May 14, 2024

BUSH ROSS, P.A.
Post Office Box 3913
Tampa, Florida  33601-3913
(813) 224-9255 (telephone)
*Counsel for Jamal M. Wilson*

By:   /s/ Kathleen L. DiSanto
Kathleen L. DiSanto
Florida Bar No. 58512
kdisanto@bushross.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 14, 2024, I electronically filed a true and correct copy of the foregoing with the Clerk of the United States Bankruptcy Court for the Middle District of Florida by using the CM/ECF system and I furnished a copy of the foregoing document(s) to the following parties in the manner of service indicated below:

                                                              /s/ Kathleen L. DiSanto
                                                                ATTORNEY

**Via the CM/ECF system which will send a Notice of Electronic Filing to:**

United States Trustee
Nicole Peair, Esq.
Edward J. Peterson, III, Esq.
Ruediger Mueller, Subchapter V Trustee
Howard S. Toland, Esq.
Wanda D. Murray, Esq.
Anthony F. Giuliano, Esq.
Gregg S. Ahrens, Esq.
Kelsey E. Burgess, Esq.
Nicole Mariani Noel, Esq.
Larry I. Glick, Esq.
All parties who receive electronic service via the CM/ECF system

**Via first class United States Mail, postage prepaid, to:**

Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19114

Internal Revenue Service, Attn: Daisy Montanez, Bankruptcy Specialist, City View Plaza II, Insolvency, 48 Carr 165, Suite #2000, Guaynabo, Puerto Rico 00968-8000

Internal Revenue Service, c/o Sharon Jackson, Bankruptcy Specialist, 400 W. Bay Street, M/S 5720, Jacksonville, FL 32202

U.S. Department of Treasury, Attn. Janet Yellen, Secretary of the Treasury, 1500 Pennsylvania Avenue, NW, Washington, D.C. 20220

U.S. Attorney's Office, Attn. Civil Process Clerk, 400 N. Tampa St., Suite 3200, Tampa, FL 33602-4798

U.S. Attorney's Office, Attn. Roger B. Handberg Esq., 400 N. Tampa St. , Suite 3200, Tampa, FL 33602-4798

Merrick B. Garland, Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Ave. NW, Washington D.C. 20530

U.S. Department of Justice, Justice Management Division 950 Pennsylvania Avenue, NW Room 1111 Washington, DC 20530