**Fill in this information to identify the case:**

Debtor Name ___JAMAL WILSON___

United States Bankruptcy Court for the: __Middle__ District of __Florida__

Case number: ___8:23-bk-01159-CPM___

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: ___March 2024___    Date report filed: ___04/25/2024___
MM / DD / YYYY

Line of business: ___Resturant/Hospitality___    NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: 

Original signature of responsible party  *Jamal Wilson*

Printed name of responsible party  Jamal Wilson

## ▮ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name _____    Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?    ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 31659.66

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 30515.38

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $ 48152.40

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ -17637.02

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 14022.64

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 11,420.00

*(Exhibit E)*

Debtor Name _____    Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                  $ _____ 0

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                               _____ 0

27. What is the number of employees as of the date of this monthly report?                 _____ 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                                       $ _____ 0

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?                       $ _____ 3818.00

30. How much have you paid this month in other professional fees?                           $ _____ 0

31. How much have you paid in total other professional fees since filing the case?         $ _____ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 17512.39 | − | $ 30515.38 | = | $ (13,002.99) |
| 33. **Cash disbursements** | $ 23292.00 | − | $ 48152.40 | = | $ (24,860.40) |
| 34. **Net cash flow** | $ -5779.62 | − | $ -17637.02 | = | $ (11,857.40) |

35. Total projected cash receipts for the next month:                                        $ 17512.39

36. Total projected cash disbursements for the next month:                               − $ 23292.00

37. Total projected net cash flow for the next month:                                        = $ _____ -5779.62

Debtor Name _____    Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☒ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☒ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

# EXHIBIT A

**In re: Jamal M. Wilson**
**Case No. 8:23-bk-01159-CPM**

Section 1 – Questionnaire

3. Have you paid all of your bills on time?

The Debtor has not paid the postpetition lease payments for his vehicle but has returned the vehicle. The Debtor negotiated adequate protection agreements with U.S. Bank, the first mortgage holder on the Miami Avenue property, but payments were returned. The Debtor received payment instructions to ensure receipt and proper crediting of the adequate protection payments and has brought the payments current. The Debtor intends to sell his homestead property and is not current on those mortgage obligations.

# EXHIBIT E

**In re: Jamal M. Wilson**
**Case No. 8:23-bk-01159-CPM**
**Exhibit E: Unpaid Bills**

| Date | Creditor | Purpose of Debt | Amount |
|---|---|---|---|
| 4/1/2023 | Chase | vehicle lease | 1,425.00 |
| 5/1/2023 | Chase | vehicle lease | 1,425.00 |
| 6/1/2023 | Chase | vehicle lease | 1,425.00 |
| 7/1/2023 | Chase | vehicle lease | 1,425.00 |
| 8/1/2023 | Chase | vehicle lease | 1,425.00 |
| 9/1/2023 | Chase | vehicle lease | 1,425.00 |
| 10/1/2023 | Chase | vehicle lease | 1,435.00 |
| 11/1/2023 | Chase | vehicle lease | 1,435.00 |
| | | | 11,420.00 |

# CHASE 

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 14, 2024 through March 13, 2024
Account Number: ███████2360



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1379 |
| We accept operator relay calls | |

00044302 DRE 021 141 07424 NNNNNNNNNNN T 1 000000000 09 0000
JAMAL M WILSON
DEBTOR IN POSSESSION CASE # 23-01159
13518 WESTSHIRE DR
TAMPA FL 33618-2500

## Introducing Paze℠ — an easy and secure way to check out online with Chase debit and credit cards

We'll soon include qualifying Chase debit and credit cards in Paze, a new digital bank wallet used at checkout with participating online businesses, where your card number will never be shared.

Please visit the Paze FAQs at chase.com/paze for more information, including details on eligibility, how Paze works and what to do if you don't want to participate. We'll notify you when your Chase card(s) is ready to use with Paze.

## CHECKING SUMMARY    Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $14,126.65 |
| Deposits and Additions | 26,465.15 |
| ATM & Debit Card Withdrawals | -9,927.49 |
| Electronic Withdrawals | -20,998.97 |
| Fees | -85.00 |
| **Ending Balance** | **$9,580.34** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $14,126.65 |
| 02/14 | Card Purchase        02/13 United      01623644434 United.Com TX Card 6147 | -542.20 | 13,584.45 |
| 02/14 | Recurring Card Purchase 02/14 Hulu 877-8244858 CA Hulu.Com/Bill CA Card 6147 | -5.67 | 13,578.78 |
| 02/14 | Card Purchase With Pin  02/14 Walgreens Store 10624 Riverview FL Card 6147 | -93.48 | 13,485.30 |
| 02/14 | Card Purchase With Pin  02/14 Uber  *Eats San Francisco CA Card 6147 | -21.57 | 13,463.73 |
| 02/14 | Zelle Payment To Nicholas Jpm99A9Gxv53 | -285.00 | 13,178.73 |
| 02/15 | Card Purchase        02/14 Sq *Orlando Parking (Cw Orlando FL Card 6147 | -25.00 | 13,153.73 |
| 02/15 | Card Purchase With Pin  02/15 Uber  *Eats San Francisco CA Card 6147 | -61.09 | 13,092.64 |
| 02/15 | Card Purchase With Pin  02/15 Cnscwww.Target.Com 0 Brooklyn Park MN Card 6147 | -61.13 | 13,031.51 |
| 02/16 | Payment Received      02/16 Cash App*Kehla Chin San Francisco CA Card 6147 | 1,159.35 | 14,190.86 |

**CHASE ◻**

February 14, 2024 through March 13, 2024

Account Number: ▉▉▉▉▉▉▉▉2360

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|--|--------|---------|
| 02/16 | Card Purchase | 02/15 Publix #398 Tampa FL Card 6147 | -21.68 | 14,169.18 |
| 02/16 | Card Purchase | 02/15 Publix #398 Tampa FL Card 6147 | -17.08 | 14,152.10 |
| 02/16 | Recurring Card Purchase 02/16 Registration Fees Httpstheskill FL Card 6147 | | -207.00 | 13,945.10 |
| 02/16 | Verizon Wireless Payments   024225637600001 CCD ID: 6223344794 | | -308.09 | 13,637.01 |
| 02/16 | Card Purchase With Pin  02/16 Marathon Petro25 Tampa FL Card 6147 | | -37.23 | 13,599.78 |
| 02/16 | Card Purchase With Pin  02/15 Cnscwww.Target.Com 0 Brooklyn Park MN Card 6147 | | -32.25 | 13,567.53 |
| 02/16 | Card Purchase With Pin  02/16 Uber  *Eats San Francisco CA Card 6147 | | -70.04 | 13,497.49 |
| 02/20 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: The Blended Sun LLC GA 30008 Ref: Chase Nyc/Ctr/Bnf=Jamal M Wilson Debtor IN Possession Tampa FL 33618-2 500 US/Ac-000000009518 Rfb=Ow000041 72898783 Bbi=/Chgs/USD0,00/ Imad: 0220I1B7033R003875 Trn: 0179751051Ff | | 1,500.00 | 14,997.49 |
| 02/20 | The Hall At The  Payroll | PPD ID: 9024218048 | 3,678.75 | 18,676.24 |
| 02/20 | Card Purchase | 02/16 Onstreet Ph Parkmobilecom FL Card 6147 | -3.35 | 18,672.89 |
| 02/20 | Card Purchase | 02/17 Lasegunda_2 Tampa?? FL Card 6147 | -42.11 | 18,630.78 |
| 02/20 | Card Purchase | 02/18 Tst* Eddie And Sams N.Y Tampa FL Card 6147 | -21.84 | 18,608.94 |
| 02/20 | Card Purchase With Pin  02/18 Autozone  6400 14847 N Tampa FL Card 6147 | | -21.49 | 18,587.45 |
| 02/20 | Card Purchase | 02/18 Mcdonald's M2134 Riverview FL Card 6147 | -4.50 | 18,582.95 |
| 02/20 | Zelle Payment To Bianca Jpm99A9Psd6F | | -80.00 | 18,502.95 |
| 02/20 | Card Purchase | 02/20 Uber  Eats Help.Uber.Com CA Card 6147 | -28.18 | 18,474.77 |
| 02/20 | Card Purchase | 02/20 Prime Video Channels Amzn.Com/Bill WA Card 6147 | -6.72 | 18,468.05 |
| 02/20 | Card Purchase With Pin  02/20 Uber  *Eats San Francisco CA Card 6147 | | -18.28 | 18,449.77 |
| 02/20 | Domestic Incoming Wire Fee | | -15.00 | 18,434.77 |
| 02/21 | Card Purchase | 02/20 Paypal *John Folson 321-951-0036 FL Card 6147 | -2,375.00 | 16,059.77 |
| 02/21 | Card Purchase | 02/20 Rentspree Screening Www.Rentspree CA Card 6147 | -39.99 | 16,019.78 |
| 02/21 | Card Purchase | 02/20 Chipotle 0813 Tampa FL Card 6147 | -37.14 | 15,982.64 |
| 02/21 | Card Purchase | 02/21 Amzn Mktp US*Rw03J63 Amzn.Com/Bill WA Card 6147 | -53.55 | 15,929.09 |
| 02/21 | 02/21 Online Domestic Wire Transfer Via: Mfrs Buf/022000046 A/C: Phh Mortgage Services Customer Wiremaitland FL 32751 US Ref: Jamal Wilson Loan 4746 Imad: 0221Mmqfmp2L020192 Trn: 3340274052Es | | -8,411.85 | 7,517.24 |
| 02/21 | Online Domestic Wire Fee | | -25.00 | 7,492.24 |
| 02/22 | Card Purchase | 02/20 Jersey Mikes 13027 Tampa FL Card 6147 | -26.98 | 7,465.26 |
| 02/22 | Card Purchase | 02/21 Amzn Mktp US*Rl4Te4D Amzn.Com/Bill WA Card 6147 | -17.18 | 7,448.08 |
| 02/22 | Card Purchase With Pin  02/22 Uber  *Eats San Francisco CA Card 6147 | | -39.72 | 7,408.36 |
| 02/22 | Card Purchase With Pin  02/22 Uber  *Eats San Francisco CA Card 6147 | | -20.11 | 7,388.25 |
| 02/23 | Card Purchase | 02/22 Onstreet Ph Parkmobilecom FL Card 6147 | -6.35 | 7,381.90 |
| 02/23 | Card Purchase | 02/23 Carfax *Carfax.Com Carfax.Com VA Card 6147 | -64.99 | 7,316.91 |
| 02/23 | Card Purchase | 02/23 Uber  Trip Help.Uber.Com CA Card 6147 | -27.15 | 7,289.76 |
| 02/23 | Card Purchase | 02/23 Turo Inc.* Trip Feb Httpsturo.Com CA Card 6147 | -800.67 | 6,489.09 |
| 02/23 | Card Purchase With Pin  02/23 Walgreens Store 2916 E Tampa FL Card 6147 | | -11.50 | 6,477.59 |
| 02/26 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: The Blended Sun LLC GA 30008 Ref: Chase Nyc/Ctr/Bnf=Jamal M Wilson Debtor IN Possession Tampa FL 33618-2 500 US/Ac-000000009518 Rfb=Ow000041 96822605 Bbi=/Chgs/USD0,00/ Imad: 0226I1B7033R004086 Trn: 0127981057Ff | | 2,100.00 | 8,577.59 |

# CHASE ⬡

February 14, 2024 through March 13, 2024
Account Number:        2360

## TRANSACTION DETAIL *(continued)*



| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| 02/26 | Card Purchase | 02/23 Ah Tampa Tampa FL Card 6147 | -75.00 | 8,502.59 |
| 02/26 | Card Purchase Card 6147 | 02/23 Wwp*Hughes Exterminat 813-884-1555 FL | -160.00 | 8,342.59 |
| 02/26 | Card Purchase | 02/24 Uber  Trip Help.Uber.Com CA Card 6147 | -30.28 | 8,312.31 |
| 02/26 | Card Purchase | 02/23 Hooters #9 Tampa FL Card 6147 | -39.52 | 8,272.79 |
| 02/26 | Card Purchase | 02/24 Uber  Eats Help.Uber.Com CA Card 6147 | -40.80 | 8,231.99 |
| 02/26 | Recurring Card Purchase 02/24 Bh* Betterhelp Httpswww.Bett CA Card 6147 | | -300.00 | 7,931.99 |
| 02/26 | Card Purchase With Pin 02/24 Uber  *Eats San Francisco CA Card 6147 | | -47.31 | 7,884.68 |
| 02/26 | Card Purchase Card 6147 | 02/25 Kekes Breakfast Cafe- 813-6311000 FL Card | -22.80 | 7,861.88 |
| 02/26 | Card Purchase | 02/25 Ic* Instacart*159 888-2467822 CA Card 6147 | -288.51 | 7,573.37 |
| 02/26 | Card Purchase With Pin 02/26 Uber  *Eats San Francisco CA Card 6147 | | -48.77 | 7,524.60 |
| 02/26 | Domestic Incoming Wire Fee | | -15.00 | 7,509.60 |
| 02/27 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: The Blended Sun LLC GA 30008 Ref: Chase Nyc/Ctr/Bnf=Jamal M Wilson Debtor IN Possession Tampa FL 33618-2 500 US/Ac-000000009518 Rfb=Ow000042 00842797 Bbi=/Chgs/USD0.00/ Imad: 0227I1B7033R008981 Trn: 0399271058Ff | | 12,000.00 | 19,509.60 |
| 02/27 | Card Purchase | 02/26 Market Place Alteration Tampa FL Card 6147 | -21.50 | 19,488.10 |
| 02/27 | Card Purchase 6147 | 02/26 Kekes Breakfast Cafe- 813-6311000 FL Card | -24.94 | 19,463.16 |
| 02/27 | Card Purchase With Pin 02/27 Wawa 5311 Tampa FL Card 6147 | | -14.52 | 19,448.64 |
| 02/27 | Domestic Incoming Wire Fee | | -15.00 | 19,433.64 |
| 02/29 | Card Purchase | 02/29 Ic* Instacart*159 888-2467822 CA Card 6147 | -72.69 | 19,360.95 |
| 02/29 | Card Purchase Card 6147 | 02/28 Amazon Prime*Rz7WI4J Amzn.Com/Bill WA | -15.10 | 19,345.85 |
| 02/29 | Card Purchase 6147 | 02/29 Turo Inc.* Trip Feb Httpsturo.Com CA Card | -570.26 | 18,775.59 |
| 03/01 | BB Tuition Mgmt  BB Tuition | PPD ID: 205431152 | -11,296.00 | 7,479.59 |
| 03/01 | Zelle Payment To Briana Jpm99Aabncs0 | | -70.00 | 7,409.59 |
| 03/01 | Zelle Payment To Briana Jpm99Aaboxca | | -45.00 | 7,364.59 |
| 03/04 | Zelle Payment From Quincy Black Bacwluoi7Ifz | | 15.00 | 7,379.59 |
| 03/04 | Card Purchase | 03/01 Jersey Mikes 13065 Tampa FL Card 6147 | -15.83 | 7,363.76 |
| 03/04 | Card Purchase Card 6147 | 03/01 Cash App*Richard Gonza 800-9691940 CA | -55.00 | 7,308.76 |
| 03/04 | Card Purchase | 03/02 Uber  Eats Help.Uber.Com CA Card 6147 | -79.31 | 7,229.45 |
| 03/04 | Teco/People Gas  Utilitybil | PPD ID: 9128751378 | -486.03 | 6,743.42 |
| 03/04 | Payment Sent 6147 | 03/02 Cash App*Davis Athleti 800-9691940 CA Card | -15.00 | 6,728.42 |
| 03/04 | Payment Sent 6147 | 03/02 Cash App*Davis Athleti 800-9691940 CA Card | -15.00 | 6,713.42 |
| 03/04 | Payment Sent 6147 | 03/02 Cash App*Davis Athleti 800-9691940 CA Card | -15.00 | 6,698.42 |
| 03/04 | Card Purchase With Pin 03/02 Wawa Store 5154 Tampa FL Card 6147 | | -16.74 | 6,681.68 |
| 03/04 | Card Purchase | 03/03 Towneplace Suites Orla Orlando FL Card 6147 | -302.31 | 6,379.37 |
| 03/04 | Card Purchase | 03/02 Bww Orlando 542 678-514-4100 FL Card 6147 | -74.76 | 6,304.61 |
| 03/04 | Recurring Card Purchase 03/03 Audible*Rz19V4222 Amzn.Com/Bill NJ Card 6147 | | -14.95 | 6,289.66 |
| 03/04 | Card Purchase With Pin 03/03 Wawa Store 5154 Tampa FL Card 6147 | | -12.11 | 6,277.55 |
| 03/04 | Card Purchase | 03/04 Airgarage Parking Httpsairgarag CA Card 6147 | -15.39 | 6,262.16 |
| 03/04 | Card Purchase With Pin 03/03 Cnscwww.Target.Com 1 Brooklyn Park MN Card 6147 | | -155.22 | 6,106.94 |
| 03/04 | Card Purchase With Pin 03/04 Uber  *Eats San Francisco CA Card 6147 | | -40.46 | 6,066.48 |

# CHASE ⬭

February 14, 2024 through March 13, 2024

Account Number: ▮▮▮▮ 2360

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| 03/05 | Card Purchase | 03/04 Tu Smartmove 866-775-0961 CO Card 6147 | -44.00 | 6,022.48 |
| 03/05 | Card Purchase 6147 | 03/04 Lawdepot 877-509-4398 Edmonton Ab Card | -35.00 | 5,987.48 |
| 03/05 | Card Purchase With Pin  03/05 Uber   *Eats San Francisco CA Card 6147 | | -26.80 | 5,960.68 |
| 03/06 | Card Purchase | 03/05 Amc 0701 Westshore Plz Tampa FL Card 6147 | -5.38 | 5,955.30 |
| 03/06 | Card Purchase 6147 | 03/05 Sunpass*Acc80594689 888-865-5352 FL Card | -100.00 | 5,855.30 |
| 03/06 | Card Purchase | 03/05 Duck Donuts #193 - Carr Tampa FL Card 6147 | -8.87 | 5,846.43 |
| 03/06 | Card Purchase 6147 | 03/06 Turo Inc.* Trip Feb Httpsturo.Com CA Card | -582.40 | 5,264.03 |
| 03/06 | Zelle Payment To Rich Mcfar Jpm99Aatg4MT | | -17.00 | 5,247.03 |
| 03/06 | Recurring Card Purchase 03/06 Netflix.Com Netflix.Com CA Card 6147 | | -25.80 | 5,221.23 |
| 03/06 | Card Purchase With Pin  03/06 Nordstrom Rack # 1702 Tampa FL Card 6147 | | -53.68 | 5,167.55 |
| 03/06 | Recurring Card Purchase 03/06 Ccsi Efax 323-817-3205 CA Card 6147 | | -18.99 | 5,148.56 |
| 03/07 | Card Purchase | 03/06 Py *Pdq - Carrollwood Tampa FL Card 6147 | -22.98 | 5,125.58 |
| 03/07 | Card Purchase | 03/07 Uber  Eats Help.Uber.Com CA Card 6147 | -40.28 | 5,085.30 |
| 03/08 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: The Blended Sun LLC GA 30008 Ref: Chase Nyc/Ctr/Bnf=Jamal M Wilson Debtor IN Possession Tampa FL 33618-2 500 US/Ac-000000009518 Rfb=Ow000042 37976217 Bbi=/Chgs/USD0,00/ Imad: 0308I1B7031R007254 Trn: 0349571068Ff | | 1,100.00 | 6,185.30 |
| 03/08 | Card Purchase | 03/06 Jersey Mikes 13027 Tampa FL Card 6147 | -12.50 | 6,172.80 |
| 03/08 | Card Purchase | 03/08 Ic* Instacart*159 888-2467822 CA Card 6147 | -234.18 | 5,933.62 |
| 03/08 | Card Purchase | 03/07 LA LA's Gyros Tampa FL Card 6147 | -3.76 | 5,934.86 |
| 03/08 | Card Purchase | 03/07 LA LA's Gyros Tampa FL Card 6147 | -13.96 | 5,920.90 |
| 03/08 | Domestic Incoming Wire Fee | | -15.00 | 5,905.90 |
| 03/11 | Remote Online Deposit              1 | | 4,912.05 | 10,817.95 |
| 03/11 | Card Purchase | 03/09 Uber   Eats Help.Uber.Com CA Card 6147 | -38.10 | 10,779.85 |
| 03/11 | Card Purchase Card 6147 | 03/09 Amzn Mktp US*Rn5Ep6J Amzn.Com/Bill WA | -68.24 | 10,711.61 |
| 03/11 | Card Purchase Card 6147 | 03/09 Amzn Mktp US*R64S52P Amzn.Com/Bill WA | -69.63 | 10,641.98 |
| 03/11 | Card Purchase Card 6147 | 03/10 Amzn Mktp US*Rn7Y15A Amzn.Com/Bill WA | -37.60 | 10,604.38 |
| 03/11 | Card Purchase | 03/10 Uber   Trip Help.Uber.Com CA Card 6147 | -30.68 | 10,573.70 |
| 03/11 | Card Purchase | 03/10 Uber   Trip Help.Uber.Com CA Card 6147 | -34.99 | 10,533.71 |
| 03/11 | Card Purchase | 03/09 Tires Plus 236401 Tampa FL Card 6147 | -249.84 | 10,283.87 |
| 03/11 | Card Purchase | 03/10 Uber   Eats Help.Uber.Com CA Card 6147 | -25.84 | 10,263.03 |
| 03/11 | Card Purchase 6147 | 03/10 Southwes    526226681 800-435-9792 TX Card | -439.97 | 9,823.06 |
| 03/11 | Card Purchase | 03/10 Samurai Blue II, Inc Tampa FL Card 6147 | -66.01 | 9,757.05 |
| 03/11 | Card Purchase | 03/10 Py *Twistee Treat - Fle Tampa FL Card 6147 | -6.42 | 9,750.63 |
| 03/11 | Card Purchase | 03/11 Sq *Lee's Shoe Repair Tampa FL Card 6147 | -75.25 | 9,675.38 |
| 03/13 | Card Purchase 6147 | 03/12 Legalcontracts.Com 877-612-9120 Ab Card | -33.00 | 9,642.38 |
| 03/13 | Card Purchase | 03/12 Ic* Instacart 888-2467822 CA Card 6147 | -47.46 | 9,594.92 |
| 03/13 | Card Purchase | 03/12 LA Granja Tamarac FL Card 6147 | -14.58 | 9,580.34 |
| | **Ending Balance** | | | **$9,580.34** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or





**FedNow**<sup>SM</sup> network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.
(Your total electronic deposits this period were $4,838.10. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**
  (Your lowest beginning day balance was $5,085.30)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was $10,125.88)

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

**CHASE** ○

February 14, 2024 through March 13, 2024
Account Number:                    2360

This Page Intentionally Left Blank

**CHASE** 

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

March 14, 2024 through April 03, 2024
Account Number:                   2360



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00006101 DRE 021 141 09524 NNNNNNNNNNN T 3 000000000 09 0000
JAMAL M WILSON
DEBTOR IN POSSESSION CASE # 23-01159
13518 WESTSHIRE DR
TAMPA FL 33618-2500

## Good news – we've eliminated the Non-Chase ATM Fee for balance inquiries and transfers

As of December 10, 2023, we stopped charging the $3 Non-Chase ATM Fee for each balance inquiry or transfer you make at a non-Chase ATM.

We continue to charge a fee for withdrawals made at a non-Chase ATM (waived for eligible accounts) and the ATM owner/network will still charge a Surcharge Fee.[1] You won't be charged these fees when you use a Chase ATM.

For more information, please see the Fee Schedule in the **Additional Banking Services and Fees** at chase.com/disclosures.

If you have any questions, please call us at the number listed on this statement. We accept operator relay calls.

[1]For Chase Sapphire[SM] Checking, Chase Private Client Checking [SM] and Chase Private Client Savings [SM] accounts, we waive the Chase fee and refund ATM Surcharge Fees charged to you at non-Chase ATMs. For Chase Premier Plus Checking [SM], we waive the Chase fee for the first four Non-Chase ATM transactions each statement period.

## Introducing Paze[SM] — an easy and secure way to check out online with Chase debit and credit cards

We'll soon include qualifying Chase debit and credit cards in Paze, a new digital bank wallet used at checkout with participating online businesses, where your card number will never be shared.

Please visit the Paze FAQs at chase.com/paze for more information, including details on eligibility, how Paze works and what to do if you don't want to participate. We'll notify you when your Chase card(s) is ready to use with Paze.

## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | $9,580.34 |
| Deposits and Additions | 24,488.98 |
| Checks Paid | -9,184.91 |
| ATM & Debit Card Withdrawals | -9,318.92 |
| Electronic Withdrawals | -15,420.49 |
| Fees | -145.00 |
| **Ending Balance** | $0.00 |

Your account was closed with a negative balance of $0.65. We may contact you about this amount.

# CHASE ◉

March 14, 2024 through April 03, 2024

Account Number: ▓▓▓▓ 2360

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 5998 ^ | 03/21 | $5,500.00 |
| 5999 ^ | 03/21 | 2,383.00 |
| 6000 ^ | 03/22 | 1,301.91 |
| **Total Checks Paid** | | **$9,184.91** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.
^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $9,583.34 |
| 03/14 | Card Purchase        03/14 Uber  Eats Help.Uber.Com CA Card 6147 | -40.57 | 9,539.77 |
| 03/14 | Recurring Card Purchase 03/14 Hulu 877-8244858 CA Hulu.Com/Bill CA Card 6147 | -5.67 | 9,534.10 |
| 03/14 | Zelle Payment To John Arroyo Jpm99Abiwyfr | -350.00 | 9,184.10 |
| 03/15 | Card Purchase        03/15 Amzn Mktp US*R63Ln8C Amzn.Com/Bill WA Card 6147 | -37.50 | 9,146.60 |
| 03/15 | Card Purchase        03/15 Amzn Mktp US*Rh9N23Z Amzn.Com/Bill WA Card 6147 | -7.30 | 9,139.30 |
| 03/15 | Card Purchase        03/14 Tst* Trad Room Brooklyn NY Card 6147 | -146.31 | 8,992.99 |
| 03/15 | Recurring Card Purchase 03/15 Registration Fees Httpstheskill FL Card 6147 | -207.00 | 8,785.99 |
| 03/18 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: Jamal M Wilson FL 33609 Ref: Chase Nyc/Ctr/Bnf=Jamal M Wilson Debtor IN Possession Tampa FL 33618-2 500 US/Ac-000000009518 Rfb=Ow000042 70844527 Bbi=/Chgs/USD0,00/ Imad: 0318I1B7032R007046 Trn: 0277821078Ff | 1,000.00 | 9,785.99 |
| 03/18 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: The Blended Sun LLC GA 30008 Ref: Chase Nyc/Ctr/Bnf=Jamal M Wilson Debtor IN Possession Tampa FL 33618-2 500 US/Ac-000000009518 Rfb=Ow000042 70979746 Bbi=/Chgs/USD0,00/ Imad: 0318I1B7033R007652 Trn: 0301081078Ff | 1,000.00 | 10,785.99 |
| 03/18 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: The Blended Sun LLC GA 30008 Ref: Chase Nyc/Ctr/Bnf=Jamal M Wilson Debtor IN Possession Tampa FL 33618-2 500 US/Ac-000000009518 Rfb=Ow000042 69461466 Bbi=/Chgs/USD0,00/ Imad: 0318I1B7032R003280 Trn: 0095761078Ff | 650.00 | 11,435.99 |
| 03/18 | Real Time Transfer Recd From Aba/021000021 From: The Hall At The Yard LLC Ref: Smb-11125934686 Info: Iid: 20240317021000021P1Brjpm00500003142 Recd: 06:48:07 Trn: 1125934686Rx | 350.00 | 11,785.99 |
| 03/18 | Payment Received        03/18 Cash App*Kehla Chin San Francisco CA Card 6147 | 1,159.35 | 12,945.34 |
| 03/18 | Card Purchase        03/16 Walmart.Com 800-925-6278 AR Card 6147 | -212.03 | 12,733.31 |
| 03/18 | Card Purchase        03/16 Amzn Mktp US*Rh9360A Amzn.Com/Bill WA Card 6147 | -24.70 | 12,703.61 |
| 03/18 | Card Purchase        03/16 Moxy Brooklyn Willimsb Brooklyn NY Card 6147 | -28.69 | 12,679.92 |
| 03/18 | Card Purchase        03/16 8th Street Winecellar New York NY Card 6147 | -107.00 | 12,572.92 |
| 03/18 | Card Purchase        03/15 Johns of Bleecker Stree New York NY Card 6147 | -71.73 | 12,501.19 |
| 03/18 | Verizon Wireless Payments   024225637600001 CCD ID: 6223344794 | -308.09 | 12,193.10 |
| 03/18 | Card Purchase        03/17 Cali Pizza Kitc Inc #15 Tampa FL Card 6147 | -88.28 | 12,104.82 |
| 03/18 | Recurring Card Purchase 03/17 Sxm*Siriusxm.Com/Acct 888-635-5144 NY Card 6147 | -155.26 | 11,949.56 |

**CHASE** 

## TRANSACTION DETAIL *(continued)*



| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| 03/18 | Card Purchase 03/17 Sq *Smoothie King Wesley Chapel FL Card 6147 | | -6.00 | 11,943.56 |
| 03/18 | Card Purchase With Pin 03/17 Cnscwww.Target.Com 4 Brooklyn Park MN Card 6147 | | -177.33 | 11,766.23 |
| 03/18 | Zelle Payment To Alex Valet Jpm99Ac5G1Ef | | -5.00 | 11,761.23 |
| 03/18 | Domestic Incoming Wire Fee | | -15.00 | 11,746.23 |
| 03/18 | Domestic Incoming Wire Fee | | -15.00 | 11,731.23 |
| 03/18 | Domestic Incoming Wire Fee | | -15.00 | 11,716.23 |
| 03/19 | Card Purchase 03/16 Tampa Int'l Airpor Tampa FL Card 6147 | | -14.00 | 11,702.23 |
| 03/19 | Card Purchase 03/18 Busch Gardens 407-545-5550 FL Card 6147 | | -827.68 | 10,874.55 |
| 03/19 | Card Purchase 03/18 Amzn Mktp US*R66418V Amzn.Com/Bill WA Card 6147 | | -41.60 | 10,832.95 |
| 03/19 | Card Purchase 03/18 Amzn Mktp US*Rh1Oe16 Amzn.Com/Bill WA Card 6147 | | -93.31 | 10,739.64 |
| 03/19 | Card Purchase 03/18 Tst* Sunda - Tampa Tampa FL Card 6147 | | -240.98 | 10,498.66 |
| 03/20 | Real Time Transfer Recd From Aba/021000021 From: The Hall At The Yard LLC Ref: Smb-11126163293 Info: Iid: 20240320021000021P1Brjpm00500004052 Recd: 07:07:07 Trn: 1126163293Rx | | 1,300.00 | 11,798.66 |
| 03/20 | Card Purchase 03/18 Chick-Fil-A #04229 Tampa FL Card 6147 | | -54.24 | 11,744.42 |
| 03/20 | Card Purchase 03/19 All My Sons of Tampa 469-461-5000 FL Card 6147 | | -100.00 | 11,644.42 |
| 03/20 | Card Purchase 03/19 LA Granja Tamarac FL Card 6147 | | -15.39 | 11,629.03 |
| 03/20 | Card Purchase 03/20 Amzn Mktp US*Rh9Ho6U Amzn.Com/Bill WA Card 6147 | | -38.69 | 11,590.34 |
| 03/20 | Card Purchase With Pin 03/20 Circle K 07435 3420 Ha Tampa FL Card 6147 | | -52.68 | 11,537.66 |
| 03/21 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: Jamal M Wilson FL 33609 Ref: Chase Nyc/Ctr/Bnf=Jamal M Wilson Debtor IN Possession Tampa FL 33618-2 500 US/Ac-000000009518 Rfb=Ow000042 81815437 Bbi=/Chgs/USD0,00/ Imad: 0321I1B7031R021343 Trn: 1001551081Ff | | 2,000.00 | 13,537.66 |
| 03/21 | Card Purchase 03/20 Remotejobs.Io 800-510-8550 Card 6147 | | -2.95 | 13,534.71 |
| 03/21 | 03/21 Online Transfer To Chk ...2223 Transaction#: 20218916169 | | -20.00 | 13,514.71 |
| 03/21 | Check # 5998 | | -5,500.00 | 8,014.71 |
| 03/21 | Check # 5999 | | -2,383.00 | 5,631.71 |
| 03/21 | Domestic Incoming Wire Fee | | -15.00 | 5,616.71 |
| 03/22 | Real Time Transfer Recd From Aba/021000021 From: The Hall At The Yard LLC Ref: Smb-11126466076 Info: Iid: 20240322021000021P1Brjpm00020006950 Recd: 09:35:36 Trn: 1126466076Rx | | 2,327.00 | 7,943.71 |
| 03/22 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: The Blended Sun LLC GA 30008 Ref: Chase Nyc/Ctr/Bnf=Jamal M Wilson Debtor IN Possession Tampa FL 33618-2 500 US/Ac-000000009518 Rfb=Ow000042 84122289 Bbi=/Chgs/USD0,00/ Imad: 0322I1B7031R015272 Trn: 0331081082Ff | | 1,100.00 | 9,043.71 |
| 03/22 | Card Purchase 03/21 Delta Air 0062220610 800-2211212 CA Card 6147 | | -472.20 | 8,571.51 |
| 03/22 | Card Purchase 03/22 Uber Eats Help.Uber.Com CA Card 6147 | | -40.75 | 8,530.76 |
| 03/22 | Card Purchase With Pin 03/22 Sunoco 02991859 Tampa FL Card 6147 | | -62.46 | 8,468.30 |
| 03/22 | Card Purchase 03/22 Sq *FL Dump Trailer Gosq.Com FL Card 6147 | | -286.00 | 8,182.30 |
| 03/22 | Check # 6000 | | -1,301.91 | 6,880.39 |
| 03/22 | Domestic Incoming Wire Fee | | -15.00 | 6,865.39 |
| 03/25 | Card Purchase Return 03/22 All My Sons of Tampa II Tampa FL Card 6147 | | 100.00 | 6,965.39 |
| 03/25 | Card Purchase Return 03/20 Ah Tampa 855-2412455 FL Card 6147 | | 75.00 | 7,040.39 |

# CHASE ○

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|--|--------|---------|
| 03/25 | Fedwire Credit Via: Bank of America, N.A./026009593 B/O: Alilia C Fletcher Tampa, FL, 33606, US Ref: Chase Nyc/Ctr/Bnf=Jamal M Wilson Debtor IN Possession Tampa FL 33618-2 500 US/Ac-000000009518 Rfb=48374436 8 Obi=Payment Imad: 0325B6B7Hu4R002359 Trn: 0060871085Ff | | 7,000.00 | 14,040.39 |
| 03/25 | Real Time Transfer Recd From Aba/021000021 From: The Hall At The Yard LLC Ref: Smb-11126565559 Info: Iid: 20240325021000021P1Brjpm00000002460 Recd: 06:02:08 Trn: 1126565559Rx | | 3,176.25 | 17,216.64 |
| 03/25 | Card Purchase           03/22 Joe's Pizza Brooklyn NY Card 6147 | | -5.50 | 17,211.14 |
| 03/25 | Card Purchase           03/22 Chez Oskar Brooklyn NY Card 6147 | | -77.24 | 17,133.90 |
| 03/25 | Recurring Card Purchase 03/23 Bh* Betterhelp Httpswww.Bett CA Card 6147 | | -300.00 | 16,833.90 |
| 03/25 | ATM Withdrawal          03/24 4601 W Kennedy Blvd Tampa FL Card 6147 | | -60.00 | 16,773.90 |
| 03/25 | Card Purchase           03/24 Amzn Mktp US*Rh5035G Amzn.Com/Bill WA Card 6147 | | -14.61 | 16,759.29 |
| 03/25 | Card Purchase           03/25 Amzn Mktp US*Ra3Kc6H Amzn.Com/Bill WA Card 6147 | | -32.66 | 16,726.63 |
| 03/25 | Card Purchase With Pin  03/24 Lowe's #2360 Tampa FL Card 6147 | | -28.87 | 16,697.76 |
| 03/25 | Card Purchase With Pin  03/24 Uber   *Eats San Francisco CA Card 6147 | | -40.50 | 16,657.26 |
| 03/25 | BB Tuition Mgmt  BB Tuition 47658849         Tel ID: 205431152 | | -13,524.76 | 3,132.50 |
| 03/25 | Domestic Incoming Wire Fee | | -15.00 | 3,117.50 |
| 03/26 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: The Blended Sun LLC GA 30008 Ref: Chase Nyc/Ctr/Bnf=Jamal M Wilson Debtor IN Possession Tampa FL 33618-2 500 US/Ac-000000009518 Rfb=Ow000042 97133998 Bbi=/Chgs/USD0,00/ Imad: 032611B7032R004669 Trn: 0212911086Ff | | 2,000.00 | 5,117.50 |
| 03/26 | Card Purchase           03/24 Tampa Int'l Airpor Tampa FL Card 6147 | | -4.00 | 5,113.50 |
| 03/26 | Card Purchase           03/25 Amzn Mktp US*Rh9877H Amzn.Com/Bill WA Card 6147 | | -252.07 | 4,861.43 |
| 03/26 | Card Purchase           03/26 Turo Inc.* Trip Mar Httpsturo.Com CA Card 6147 | | -172.25 | 4,689.18 |
| 03/26 | Card Purchase With Pin  03/26 The Home Depot #0256 Tampa FL Card 6147 | | -10.64 | 4,673.54 |
| 03/26 | Domestic Incoming Wire Fee | | -15.00 | 4,663.54 |
| 03/27 | Card Purchase           03/27 Turo Inc.* Trip Mar Httpsturo.Com CA Card 6147 | | -143.32 | 4,520.22 |
| 03/27 | Card Purchase           03/27 Amzn Mktp US*W99AZ2Y Amzn.Com/Bill WA Card 6147 | | -426.23 | 4,093.99 |
| 03/27 | Card Purchase           03/27 Amazon.Com*Ra7Y54Vb2 Amzn.Com/Bill WA Card 6147 | | -549.04 | 3,544.95 |
| 03/27 | Card Purchase           03/27 Turo Inc.* Trip Mar Httpsturo.Com CA Card 6147 | | -200.06 | 3,344.89 |
| 03/27 | Card Purchase With Pin  03/27 Target T- 1544 N Dale Tampa FL Card 6147 | | -742.22 | 2,602.67 |
| 03/28 | Purchase Return         03/28 Uber   *Eats San Francisco CA Card 6147 | | 20.64 | 2,623.31 |
| 03/28 | Purchase Return         03/28 Uber   *Eats San Francisco CA Card 6147 | | 5.09 | 2,623.40 |
| 03/28 | Card Purchase           03/27 Amzn Mktp US*Rh8Gl4I Amzn.Com/Bill WA Card 6147 | | -42.98 | 2,585.42 |
| 03/28 | Card Purchase           03/27 Chevron 0205019 Tampa FL Card 6147 | | -85.65 | 2,499.77 |
| 03/28 | Card Purchase           03/27 Christos Moving 813-3620001 FL Card 6147 | | -1,196.25 | 1,303.52 |
| 03/28 | Card Purchase           03/27 Lasegunda_2 Tampa?? FL Card 6147 | | -34.00 | 1,269.52 |
| 03/28 | Card Purchase           03/27 Amazon Prime*Rh4BB0R9 888-802-3080 WA Card 6147 | | -6.72 | 1,262.80 |
| 03/28 | Card Purchase With Pin  03/28 Uber   *Eats San Francisco CA Card 6147 | | -20.64 | 1,242.16 |
| 03/28 | Card Purchase With Pin  03/28 Uber   *Eats San Francisco CA Card 6147 | | -3.00 | 1,239.16 |
| 03/28 | Card Purchase With Pin  03/28 Uber   *Eats San Francisco CA Card 6147 | | -28.42 | 1,210.74 |
| 03/28 | Card Purchase With Pin  03/28 Uber   *Eats San Francisco CA Card 6147 | | -3.00 | 1,207.74 |



CHASE ○

March 14, 2024 through April 03, 2024

Account Number: ████████2360

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 03/29 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: The Blended Sun LLC GA 30008 Ref: Chase Nyc/Ctr/Bnf=Jamal M Wilson Debtor IN Possession Tampa FL 33618-2 500 US/Ac-000000009518 Rfb=Ow000043 06845997 Bbi=/Chgs/USD0,00/ Imad: 0329I1B7032R003535 Trn: 0095911089Ff | 850.00 | 2,057.74 |
| 03/29 | Real Time Transfer Recd From Aba/021000021 From: The Hall At The Yard LLC Ref: Smb-11127126336 Info: Iid: 20240329021000021P1Brjpm00500004327 Recd: 06:34:05 Trn: 1127126336Rx | 375.00 | 2,432.74 |
| 03/29 | Card Purchase          03/27 Tampa Int'l Airpor Tampa FL Card 6147 | -5.00 | 2,427.74 |
| 03/29 | Card Purchase With Pin  03/29 Giant 130 Tampa FL Card 6147 | -17.19 | 2,410.55 |
| 03/29 | Card Purchase With Pin  03/29 7-Eleven Tampa FL Card 6147 | -19.34 | 2,391.21 |
| 03/29 | 03/29 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Jamal Wilson Tampa FL 33606 US Ref:/Time/13:55 Imad: 0329Mmqfmp2N024026 Trn: 3537324089Es | -1,212.64 | 1,173.57 |
| 03/29 | Online Domestic Wire Fee | -25.00 | 1,153.57 |
| 03/29 | Domestic Incoming Wire Fee | -15.00 | 1,133.57 |
| 04/01 | Card Purchase          03/30 Amzn Mktp US*Vf6PO6E Amzn.Com/Bill WA Card 6147 | -1,020.56 | 113.01 |
| 04/01 | Card Purchase          03/30 Uber   Trip Help.Uber.Com CA Card 6147 | -20.97 | 97.04 |
| 04/01 | Card Purchase          03/30 Amc 9640 Online 888-440-4262 KS Card 6147 | -69.72 | 27.32 |
| 04/01 | Card Purchase          03/29 Uber   Trip Help.Uber.Com CA Card 6147 | -13.90 | 13.42 |
| 04/01 | Card Purchase          03/29 Uber   Trip Help.Uber.Com CA Card 6147 | -14.07 | -0.65 |
| 04/03 | Credit DDA - Charge Off | 0.65 | 0.00 |
| | **Ending Balance** | | **$0.00** |



### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

**CHASE** ⬡

March 14, 2024 through April 03, 2024
Account Number:                    2360

This Page Intentionally Left Blank

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month 02/01/24-02/29/24 | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | 18,775.59 | 6,700.35 |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | 29140.3 | 226,310.74 |
| Wages from Other Sources (attach list to this report) | 0.00 | 0.00 |
| Interest or Dividend Income | 0.00 | 0.00 |
| Alimony or Child Support | 0.00 | 0.00 |
| Social Security/Pension/Retirement | 0.00 | 0.00 |
| Sale of Household Assets (attach list to this report) | 0.00 | 0.00 |
| Loans/Distributions | 0.00 | 0.00 |
| Other (specify) (attach list to this report) | 200.73 | 3,303.00 |
| Rent from Miami Avenue Property | 1159.35 | 12,773.50 |
| Zelle Payments/Venmo/CashApp/Transfer | 15 | 3,209.05 |
| | | |
| **TOTAL RECEIPTS** | 30,515.38 | 245,596.29 |
| | | |
| **CASH DISBURSEMENTS** | | 0 |
| Alimony or Child Support Payments | | 0.00 |
| Charitable Contributions | | 0.00 |
| Gifts | | 0.00 |
| Household Expenses/Food/Clothing | 7,345.22 | 60,867.08 |
| Household Repairs & Maintenance | 1,482.25 | 9,793.81 |
| Insurance | 0.00 | 2,477.00 |
| IRA Contribution | | 0.00 |
| Lease/Rent Payments | 9,184.91 | 9,184.91 |
| Medical/Dental Payments | 300 | 5,333.00 |
| Mortgage Payment(s) | | 10,361.85 |
| Other Secured Payments | | 0.00 |
| Taxes - Personal Property | | 0.00 |
| Taxes - Real Estate | | 0.00 |
| Taxes Other (attach schedule) | | 0.00 |
| Travel & Entertainment | 1811.17 | 13,066.52 |
| Tuition/Education | 24835.76 | 57,647.49 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 794.12 | 17,200.48 |
| Vehicle Expenses | 1671.97 | 10,202.74 |
| Vehicle Secured Payment(s) | | 0.00 |
| U. S. Trustee Quarterly Fees | | 0.00 |
| Professional Fees (Legal, Accounting) | | 1,893.66 |
| Bank Fees | 145.00 | 145.00 |
| Payment to Mel Dawson | | 1,000.00 |
| Tuition/Education | | 1,000.00 |
| Misc. Zelle/Venmo/Cash App/Transfer | 582 | 50,984.53 |
| | | |
| **Total Household Disbursements** | 48,152.40 | 251,158.07 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | 1,138.57 | 1,138.57 |

**Household Expenses**

| | | | |
|---|---|---|---|
| 3/29/2024 | Household Expenses/Food/Clothing | Opening acct with wells fargo | 1212.64 |
| 3/28/2024 | Household Expenses/Food/Clothing | AMZN | 3 |
| 3/28/2024 | Household Expenses/Food/Clothing | AMZN | 28.42 |
| 3/28/2024 | Household Expenses/Food/Clothing | AMZN | 3 |
| 3/4/2024 | Household Expenses/Food/Clothing | Jersey Mike | 15.83 |
| 3/28/2024 | Household Expenses/Food/Clothing | AMZN | 20.64 |
| 3/4/2024 | Household Expenses/Food/Clothing | Uber eats | 79.31 |
| 3/28/2024 | Household Expenses/Food/Clothing | AMZN | 6.72 |
| 3/28/2024 | Household Expenses/Food/Clothing | Lasegunda | 34 |
| 3/28/2024 | Household Expenses/Food/Clothing | AMZN | 42.98 |
| 3/27/2024 | Household Expenses/Food/Clothing | Target | 742.22 |
| 3/27/2024 | Household Expenses/Food/Clothing | AMZN | 549.04 |
| 3/27/2024 | Household Expenses/Food/Clothing | AMZN | 426.23 |
| 3/26/2024 | Household Expenses/Food/Clothing | Home Depot | 10.64 |
| 3/4/2024 | Household Expenses/Food/Clothing | AMZN Audible | 14.95 |
| 3/26/2024 | Household Expenses/Food/Clothing | AMZN | 252.07 |
| 3/4/2024 | Household Expenses/Food/Clothing | Target | 155.22 |
| 3/25/2024 | Household Expenses/Food/Clothing | Uber eats | 40.5 |
| 3/4/2024 | Household Expenses/Food/Clothing | Uber eats | 40.46 |
| 3/5/2024 | Household Expenses/Food/Clothing | TU Smartmove | 44 |
| 3/25/2024 | Household Expenses/Food/Clothing | Lowes | 28.87 |
| 3/5/2024 | Household Expenses/Food/Clothing | Uber eats | 26.8 |
| 3/6/2024 | Household Expenses/Food/Clothing | Westshore PLZ | 5.38 |
| 3/25/2024 | Household Expenses/Food/Clothing | AMZN | 32.66 |
| 3/6/2024 | Household Expenses/Food/Clothing | Dunkin | 8.87 |
| 3/25/2024 | Household Expenses/Food/Clothing | AMZN | 14.61 |
| 3/25/2024 | Household Expenses/Food/Clothing | ATM Withdrawl | 60 |
| 3/6/2024 | Household Expenses/Food/Clothing | Netflix | 25.8 |
| 3/6/2024 | Household Expenses/Food/Clothing | Nordstrom Rack | 53.68 |
| 3/6/2024 | Household Expenses/Food/Clothing | Ccsi Efax | 18.99 |
| 3/7/2024 | Household Expenses/Food/Clothing | PDQ | 22.98 |
| 3/7/2024 | Household Expenses/Food/Clothing | Uber eats | 40.28 |
| 3/22/2024 | Household Expenses/Food/Clothing | Uber eats | 40.75 |
| 3/8/2024 | Household Expenses/Food/Clothing | Jersey Mike | 12.5 |
| 3/8/2024 | Household Expenses/Food/Clothing | Instacart | 234.18 |
| 3/8/2024 | Household Expenses/Food/Clothing | LA's Gyros | 3.76 |
| 3/8/2024 | Household Expenses/Food/Clothing | LA's Gyros | 13.96 |
| 3/21/2024 | Household Expenses/Food/Clothing | Tranfer to CK 2223 | 20 |
| 3/20/2024 | Household Expenses/Food/Clothing | AMZN | 38.69 |
| 3/11/2024 | Household Expenses/Food/Clothing | Uber eats | 38.1 |
| 3/11/2024 | Household Expenses/Food/Clothing | AMZN | 68.24 |
| 3/11/2024 | Household Expenses/Food/Clothing | AMZN | 69.63 |
| 3/11/2024 | Household Expenses/Food/Clothing | AMZN | 37.6 |
| 3/11/2024 | Household Expenses/Food/Clothing | UBER | 30.68 |
| 3/11/2024 | Household Expenses/Food/Clothing | UBER | 34.99 |
| 3/20/2024 | Household Expenses/Food/Clothing | LA Granja | 15.39 |

| Date | Category | Description | Amount |
|---|---|---|---|
| 3/11/2024 | Household Expenses/Food/Clothing | Uber east | 25.84 |
| 3/20/2024 | Household Expenses/Food/Clothing | All My Sons | 100 |
| 3/11/2024 | Household Expenses/Food/Clothing | Samurai Blue | 66.01 |
| 3/11/2024 | Household Expenses/Food/Clothing | Twistee Trerat | 6.42 |
| 3/11/2024 | Household Expenses/Food/Clothing | Lees"s show repair | 75.25 |
| 3/20/2024 | Household Expenses/Food/Clothing | Chick-Fil-a | 54.24 |
| 3/13/2024 | Household Expenses/Food/Clothing | Instacart | 47.46 |
| 3/13/2024 | Household Expenses/Food/Clothing | LA Granja | 14.58 |
| 3/14/2024 | Household Expenses/Food/Clothing | Uber east | 40.57 |
| 3/14/2024 | Household Expenses/Food/Clothing | Hulu | 5.67 |
| 3/19/2024 | Household Expenses/Food/Clothing | Sunda | 240.98 |
| 3/15/2024 | Household Expenses/Food/Clothing | AMZN | 37.5 |
| 3/15/2024 | Household Expenses/Food/Clothing | AMZN | 7.3 |
| 3/19/2024 | Household Expenses/Food/Clothing | AMZN | 93.31 |
| 3/15/2024 | Household Expenses/Food/Clothing | Httpstheskill | 207 |
| 3/19/2024 | Household Expenses/Food/Clothing | AMZN | 41.6 |
| 3/19/2024 | Household Expenses/Food/Clothing | Busch Gardens | 827.68 |
| 3/18/2024 | Household Expenses/Food/Clothing | Target | 177.33 |
| 3/18/2024 | Household Expenses/Food/Clothing | Smoothie King | 6 |
| 3/18/2024 | Household Expenses/Food/Clothing | SXM.Siriusxm.com | 155.26 |
| 3/18/2024 | Household Expenses/Food/Clothing | Walmart | 212.03 |
| 3/18/2024 | Household Expenses/Food/Clothing | AMZN | 24.7 |
| 3/18/2024 | Household Expenses/Food/Clothing | Cali Pizza | 88.28 |
| 3/21/2024 | Professional Fees (Legal, Accounting) | Remote Jobs | 2.95 |
| 3/13/2024 | Professional Fees (Legal, Accounting) | Legalcontracts.com | 33 |
| 3/5/2024 | Professional Fees (Legal, Accounting) | Law Depot | 35 |
| | | Total | 7345.22 |

**Household R&M**

| | | | |
|---|---|---|---|
| 3/28/2024 | Household Repairs & Maintenance | Christos Moving | 1196.25 |
| 3/22/2024 | Household Repairs & Maintenance | FL Dump Trailer | 286 |
| | | Total | 1482.25 |

**Medical**

| | 3/25/2024 | Medical/I | BetterHel | 300 |
|---|---|---|---|---|

**TOTAL**                    **300.00**

**Mortgage**

| Date | Catagoir | Company | amount |
|------|----------|---------|--------|
| 3/22/2024 | Lease/Rent Payments | Rent For Mother's assited Housing | 1301.91 |
| 3/21/2024 | Lease/Rent Payments | Prorated Rent Payment | 2383 |
| 3/21/2024 | Lease/Rent Payments | Rent Payment Deposit | 5500 |
| | | Total | 9184.91 |

**Travel & Entertainment**

| 3/29/2024 | Travel & Entertainment | Tampa Int;l | 5 |
|---|---|---|---|
| 3/26/2024 | Travel & Entertainment | Tampa Int's | 4 |
| 3/25/2024 | Travel & Entertainment | Chez Oskar Brooklyn | 77.24 |
| 3/25/2024 | Travel & Entertainment | Joe's Pizza Brooklyn | 5.5 |
| 3/22/2024 | Travel & Entertainment | Sunco | 62.46 |
| 3/22/2024 | Travel & Entertainment | Delta | 472.2 |
| 3/19/2024 | Travel & Entertainment | Tampa Int'l Airport | 14 |
| 3/18/2024 | Travel & Entertainment | Johns of Bleecker | 71.73 |
| 3/18/2024 | Travel & Entertainment | 8th ST Wine celler | 107 |
| 3/18/2024 | Travel & Entertainment | MOXY Brooklyn | 28.69 |
| 3/15/2024 | Travel & Entertainment | Trad Room Brooklyn | 146.31 |
| 3/11/2024 | Travel & Entertainment | South west | 439.97 |
| 3/4/2024 | Travel & Entertainment | Towneplace Suites | 302.31 |
| 3/4/2024 | Travel & Entertainment | Bww Orlando | 74.76 |
| | | | 1811.17 |

**Tuition Education**

| | | | | |
|---|---|---|---|---|
| 3/1/2024 | Tuition/Ec | BB tuition | 11296 |
| 3/25/2024 | Tuition/Ec | Wire Fee | 15 |
| 3/25/2024 | Tuition/Ec | BB tuition | 13524.76 |
| **TOTAL** | | **24,835.76** | |

**Utilities**

| | | | |
|---|---|---|---|
| 3/18/2024 | Utilities (Electric, Gas, Water, Cable, Sanitation) | Verizon | 308.09 |
| 3/4/2024 | Utilities (Electric, Gas, Water, Cable, Sanitation) | Teco Peo | 486.03 |
| | | | 794.12 |

**Vehicle Expenses**

| | | | |
|---|---|---|---|
| 3/29/2024 | Vehicle Expenses | 7-eleven | 19.34 |
| 3/29/2024 | Vehicle Expenses | Giant | 17.19 |
| 3/28/2024 | Vehicle Expenses | Chevron | 85.65 |
| 3/27/2024 | Vehicle Expenses | Turo | 200.06 |
| 3/26/2024 | Vehicle Expenses | Turo | 143.32 |
| 3/26/2024 | Vehicle Expenses | Turo | 172.25 |
| 3/20/2024 | Vehicle Expenses | Circle K | 52.68 |
| 3/18/2024 | Vehicle Expenses | Alex Vale | 5 |
| 3/11/2024 | Vehicle Expenses | Tire Plus | 249.84 |
| 3/6/2024 | Vehicle Expenses | Turo | 582.4 |
| 3/6/2024 | Vehicle Expenses | Sunpass | 100 |
| 3/4/2024 | Vehicle Expenses | Wawa | 16.74 |
| 3/4/2024 | Vehicle Expenses | Airgarage | 15.39 |
| 3/4/2024 | Vehicle Expenses | Wawa | 12.11 |
| | | | 1671.97 |

**Bank Fees**

| | | | |
|---|---|---|---|
| 3/9/2024 | Bank Fees | Wire | 15 |
| 3/29/2024 | Bank Fees | Wire | 25 |
| 3/22/2024 | Bank Fees | Wire | 15 |
| 3/21/2024 | Bank Fees | Wire | 15 |
| 3/18/2024 | Bank Fees | Wire | 15 |
| 3/18/2024 | Bank Fees | Wire | 15 |
| 3/18/2024 | Bank Fees | Wire | 15 |
| 3/8/2024 | Bank Fees | Wire | 15 |
| 3/26/2024 | Bank Fee | Wire | 15 |
| | | | 145 |

**Other / Misc. Expenses**

| | | |
|---|---|---|
| 3/1/2024 | Zelle - Briana (babysitting) | $70.00 |
| 3/1/2024 | Zelle - Briana (babysitting) | $45.00 |
| 3/4/2024 | Cash App - Davis Athletics (AAU tournament) | $45.00 |
| 3/4/2024 | Cash App - Richard Gonza (handyman/repair) | $55.00 |
| 3/6/2024 | Zelle - Rich McFar/Hard to Guard (basketball) | $17.00 |
| 3/14/2024 | Zelle - John Arroyo (AAU Basketball Fee) | $350.00 |
| | | |
| Total | | $582.00 |

**Other**

Other Income/Credits

| Date | Catagoir | Company | amount | balance |
|---|---|---|---|---|
| 3/28/2024 | Other | Return from UBER | 5.09 | |
| 3/28/2024 | Other | Return from UBER | 20.64 | |
| 3/25/2024 | Other | Ah Tampa | 75 | |
| 3/25/2024 | Other | Return All My sons | 100 | |
| | | | **200.73** | |

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Chase | Chase | Chase | |
| Account Number: | 7265 | 5980 | 2360 | |
| Purpose of Account (Business/Personal) | Personal | Personal | Personal | |
| Type of Account (e.g. checking) | Checking | Checking | DIP | |
| | | | | |
| 1. **Balance per Bank Statement** | 0.00 | 0.00 | 1,138.57 | |
| 2. **ADD**: Deposits not credited (attach list to this report) | 0.00 | 0.00 | 0.00 | |
| 3. **SUBTRACT**: Outstanding Checks (attach list) | 0.00 | 0.00 | 0.00 | |
| 4. Other Reconciling Items (attach list to this report) | 0.00 | 0.00 | 0.00 | |
| 5. **Month End Balance** (Must Agree with Books) | 0.00 | 0.00 | 1,138.57 | |
| TOTAL OF ALL ACCOUNTS | | | | 1,138.57 |
| | | | | |

**Note: Attach a copy of the bank statement and bank reconciliation for each account.**

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach a copy of each investment account statement.**