ORDERED.

**Dated: June 17, 2024**

*Catherine M. Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  

JAMAL M. WILSON,

        Debtor.
_____/

Case No.: 8:23-bk-01159-CPM
Chapter 11, Subchapter V

**AGREED ORDER ABATING
JAMAL M. WILSON'S OBJECTION TO CLAIM NO. 5 FILED BY
DEPARTMENT OF TREASURY – INTERNAL REVENUE SERVICE**
(Doc. No. 230)

**THIS CASE** came before the Court for consideration without a hearing, upon Jamal M. Wilson's Objection to Claim No. 5 Filed by Department of Treasury – Internal Revenue Service (Doc. No. 230) (the "**Objection**")[1] filed by Jamal M. Wilson (the "**Reorganized Debtor**" or "**Wilson**"). Through the Objection, Wilson objects to the claim of Department of Treasury – Internal Revenue Service ("**IRS**") docketed on the claims register maintained by the Clerk of Court as Claim No. 5 ("**Claim No. 5**"). Subsequent to the filing of the Objection, Wilson and the IRS have agreed to abate the Objection to allow the Debtor to complete the amendment of his tax returns and to allow the amended tax returns filed by the Debtor to be processed by the IRS. By submission of this Order for entry, the submitting party represents to the Court that counsel for

---

[1] All capitalized terms not specifically defined in this Order shall have the meaning ascribed to them in the Motion.

IRS has approved the form and content of this Order. The Court, having considered the Objection, and the record, and noting the agreement of the parties, has determined it is appropriate to enter this Order. Accordingly, it is

**ORDERED:**

1. The Objection is ABATED, pursuant to the terms set forth herein.

2. Wilson and the IRS expressly reserve all arguments, objections, and responses with respect to the Objection and any response that may be filed.

3. This Order is without prejudice to any party, at any time, filing a motion seeking to terminate the abatement and/or request a status conference on the matter.

4. The Court shall retain jurisdiction to hear and determine any matter concerning this Order or the relief granted herein.

Attorney Kathleen L. DiSanto is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.